PJS:MEM:cer

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMON LANDOR,** | : | **No. 1:CV-12-1331** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **(Caldwell, J.)** |
| | : | **(Carlson, M.J.)** |
| **B.A. BLEDSOE, and** | : | |
| **DAVID BREWER,** | : | |
| **Respondents** | : | **Filed Electronically** |

## EXHIBITS IN SUPPORT OF
## RESPONSE PETITION FOR WRIT OF HABEAS CORPUS

Respectfully submitted,

PETER J. SMITH
United States Attorney

_____

MARK E. MORRISON
Chief, Civil Division
PA 43875
CYNTHIA E. ROMAN
Paralegal Specialist
240 West Third Street
Suite 316 Federal Building
Williamsport, PA 17701
Phone: (717)221-4482
Facsimile: (717)332-2246
Email: Mark.E.Morrison@usdoj.gov

Date: September 17, 2012

## <u>INDEX OF EXHIBITS</u>

Exhibit 1                                 Declaration of Michael S. Romano

        Attachment A        Public Information Inmate Data

        Attachment B        Inmate Discipline Data – Chronological Record

        Attachment C        Regional Administrative Remedy
                                 Appeal 577096-R1

        Attachment D        Inmate History

        Attachment E        Inmate Requests

        Attachment F        Email Correspondence

        Attachment G        DHO Packet

        Attachment H        Administrative Remedy Generalized Retrieval

Exhibit 2                                 Declaration of D. Weber

        Attachment A        Good Time Data

        Attachment B        Inmate Discipline Data – Chronological Record
                                 (Omitted as duplicative)

GOVERNMENT
EXHIBIT
1

IN THE UNITED STATES DISTRICT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMON LANDOR, | ) |
| Petitioner | ) |
| | )   1:12 CV 1331 |
| v. | ) |
| | ) |
| ERIC D. WILSON | ) |
| RESPONDENT | ) |

### Declaration of Michael S. Romano

I, Michael S. Romano, hereby state:

1.      I am currently employed by the Federal Bureau of Prisons as an Attorney Advisor at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.  As part of my duties, I have access to inmate records and files which are maintained in the regular course of business.

2.      The Petitioner, Damon Landor, Reg. No. 28711-034, is currently incarcerated at the United States Penitentiary (USP) Lewisburg.  He was convicted in the United States District Court, Eastern District of Louisiana for drug related charges.  He has a projected GCT release of October 4, 2013 (as of September 4, 2012).  **See Attachment A, Public Information Inmate Data.**

3.      On January 6, 2009, Landor received an incident report for possession of a weapon (Code 104).  While at USP McCreary he had a DHO hearing on January 21, 2010.  For procedural reasons it was re-heard on March 23, 2011, at USP Lewisburg.  The incident report was re-written and is included in the DHO packet.
**See Attachment B, Inmate Discipline Data Chronological Record (pages 4 & 7)**

4.      Pursuant to an administrative remedy (May 5, 2010), the Mid-Atlantic Regional Director remanded the incident report to the institution for further investigation.  **See Attachment C, Regional Administrative Remedy Response to Remedy No. 577096-R1.**

5.      Landor was transferred to and arrived at USP Lewisburg on May 11, 2010.
**See Attachment D, Inmate History, Adm-Rel.**

6.      Records indicate that Landor had requested the status of the re-hearing from the Discipline Hearing Officer (DHO) Office at USP Lewisburg on several occasions.  The DHO office requested an update as to the re-write of the incident report starting as early as August 31, 2010.  **See Attachments E, August 6, 30, 2010, Inmate Cop outs; F, an August 31, 2010, e-mail from Marcy Inch to Kevin Littlejohn.**

7.      The incident report was re-written on December 7, 2010 and was delivered to the inmate the same day.  The DHO was only able to conduct the re-hearing on March 23, 2011.  **See Attachment G, DHO Report and Packet dated March 23, 2011.**

8.      The Bureau of Prisons has a three level administrative remedy process which is a method by which an inmate may seek formal review of a complaint related to any aspect of his confinement if less formal procedures have not resolved the problem.  Normally, this process involves the filing of a request for administrative relief (BP-9) to the Warden of the institution where the inmate is confined.  For tracking purposes, institution level requests are assigned a tracking number followed by an "F".

9.      In the event the inmate is dissatisfied with the Warden's response, he may file an appeal (BP-10) to the Regional Director.  Regional filings maintain the same tracking number, followed by an "R".

10.     If the inmate is dissatisfied with the Regional Director's response, he has 30 days to file an appeal to the General Counsel (BP-11).  See 28 CFR Part 542, subpart B.  Central Office level appeals maintain the same tracking number, followed by an "A."  A decision by the Bureau of Prisons is not final, and hence not reviewable, until relief has been denied by the General Counsel's Office.  28 CFR § 542.15.

11.     A review of the SENTRY computer generated Administrative Remedy Generalized Retrieval was performed.  The search revealed Landor has filed 105 administrative remedies (as of September 4, 2012).  **See Attachment H, Administrative Remedy Generalized Retrieval.**

12.     Landor appealed the March 23, 2011, DHO re-hearing of IR. No.1818253 directly to the Northeast Regional Office.  Records indicate Remedy No. 635867-R1 was received in the Northeast Regional office on April 14, 2011.  It was rejected on April 19, 2011.  The rejection codes reflect:  "QUA OTH RSR".  **See Attachment H, Administrative Remedy Generalized Retrieval page 46.**

13.     The codes "QUA OTH RSR" are explained in the attachment to the administrative remedy program statement:
        a. "QUA" indicates a completes set of copies were not submitted;
        b. "OTH" indicates rejected for a reason listed in the remarks section of the remedy printout;
        c. "RSR" indicates the petitioner was given 10 days to re-submit in the proper form.
**See Attachment I, Status Codes for Administrative Remedies.**

14.     Landor resubmitted the appeal to the regional office on May 9, 2011 (635867-R2).  It was rejected on May 24, 2011.  **See Attachment H, Administrative Remedy Generalized Retrieval page 46.**

15.     Landor again re-submitted the appeal to the regional office on June 6, 2011.  It was denied on July 7, 2011.  **See Attachment H, Administrative Remedy Generalized Retrieval page 47.**

16.    He appealed to the central office (national level, Office of the General Counsel) on July 22, 2011.  It was rejected on August 22, 2011.  **See Attachment H, Administrative Remedy Generalized Retrieval, page 47.**

17.    The codes related to the rejection " OTH RSR" are explained in the attachment to the administrative remedy program statement:

    a.  "OTH" indicates rejected for a reason listed in the remarks section of the remedy printout;

    b.  "RSA" indicates the petitioner was given 15 days to re-submit in the proper form.
**See Attachment I, Status Codes for Administrative Remedies.**

18.    Records indicate he did not attempt to re-submit to the national level.
**See Attachment H, Administrative Remedy Generalized Retrieval.**

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge.

_____    _____
Michael S. Romano                                              Date
Attorney Advisor
USP Lewisburg

# Attachment A

```
  LEWAJ          *        PUBLIC INFORMATION        *      09-04-2012
PAGE 001         *           INMATE DATA            *      12:53:04
                            AS OF 09-04-2012
```

REGNO..: 28711-034 NAME: LANDOR, DAMON

```
                    RESP OF: LEW
                    PHONE..: 570-523-1251    FAX: 570-522-7745
                                             RACE/SEX...: BLACK / MALE
                                             AGE: 33
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 10-04-2013                       PAR HEAR DT:
```

G0002        MORE PAGES TO FOLLOW . . .

```
    LEWAJ          *          PUBLIC INFORMATION          *     09-04-2012
  PAGE 002         *             INMATE DATA              *     12:53:04
                                AS OF 09-04-2012
```

REGNO..: 28711-034 NAME: LANDOR, DAMON

```
                  RESP OF: LEW
                  PHONE..: 570-523-1251    FAX: 570-522-7745
HOME DETENTION ELIGIBILITY DATE: 04-04-2013
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 10-04-2013 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: LOUISIANA, EASTERN DISTRICT
DOCKET NUMBER...................: 03-355 K (1)
JUDGE...........................: DUVAL
DATE SENTENCED/PROBATION IMPOSED: 07-07-2004
DATE COMMITTED..................: 08-31-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00
```

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391
OFF/CHG: CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO
         DISTRIBUTE COCAINE HYDROCHLORIDE T21USC841(A)(1);(B)(1)(B);846

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     8 YEARS
 DATE OF OFFENSE................: 11-13-2003
```

G0002        MORE PAGES TO FOLLOW . . .

```
    LEWAJ         *           PUBLIC INFORMATION          *      09-04-2012
PAGE 003 OF 003 *               INMATE DATA               *      12:53:04
                              AS OF 09-04-2012
```

REGNO..: 28711-034 NAME: LANDOR, DAMON

```
              RESP OF: LEW
              PHONE..: 570-523-1251   FAX: 570-522-7745
-------------------------CURRENT COMPUTATION NO: 010 -------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 08-20-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-13-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN.........: 07-07-2004
TOTAL TERM IN EFFECT...........:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
EARLIEST DATE OF OFFENSE........: 11-13-2003
```

```
JAIL CREDIT....................:   FROM DATE      THRU DATE
                                   11-22-2003     07-06-2004
```

```
TOTAL PRIOR CREDIT TIME.........: 228
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 47
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-04-2013
EXPIRATION FULL TERM DATE.......: 11-20-2013
```

```
PROJECTED SATISFACTION DATE.....: 10-04-2013
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**Attachment B**

```
   LEWAJ            *        INMATE DISCIPLINE DATA          *      08-30-2012
 PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD   *      10:43:59


 REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
 FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012


 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2342485 - SANCTIONED INCIDENT DATE/TIME: 08-23-2012 1150
 UDC HEARING DATE/TIME: 08-28-2012 1452
 FACL/UDC/CHAIRPERSON.: LEW/ADAMI SMU/B.THARP
 REPORT REMARKS.......: TO CHANGE NEG BEHAVIOR UDC FOUNDTHE INMATE GUILTY OF COM
                               MITTING THE PROHIBITED ACTS
     307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP PHONE   / 30 DAYS / CS
          COMP:    LAW:    INMATE REFUSED TO APPEAR
     330  BEING UNSANITARY OR UNTIDY - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:    LAW:    INMATE REFUSED TO APPEAR
     399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:    LAW: .  INMATE REFUSED TO APPEAR
 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2303960 - SANCTIONED INCIDENT DATE/TIME: 05-15-2012 1315
 DHO HEARING DATE/TIME: 08-15-2012 0800
 FACL/CHAIRPERSON.....: LEW/CHAMBERS B
 REPORT REMARKS.......: DENIES JERKING WHILE REMOVING RESTRAINTS, STRIKING R/O'S
                               WRIST AND ARM AGAINST SLOT, CLAIMS ALL A FABRICATION
 HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM     SUSPENDED 05-23-2012 0800
                                    LP VISIT   SUSPENDED 05-23-2012 0800
     224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF2 RFP: D
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS         /  90 DAYS / CS
          COMP:    LAW:
          IMPOUND    / 120 DAYS / CS
          COMP:    LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIG. MATERIAL
 -----------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2316019 - SANCTIONED INCIDENT DATE/TIME: 06-15-2012 1210
 UDC HEARING DATE/TIME: 06-20-2012 1510
 FACL/UDC/CHAIRPERSON.: LEW/ADAMI SMU/B.THARP
 REPORT REMARKS.......: TO CHANGE NEG BEHAVIOR, UDC FOUND THE INMATE GUILTY OF C
                               OMMITTING THE PROHIBITED ACTS. REFUSED TO APPEAR
     307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP VISIT   / 30 DAYS / CS
          COMP:    LAW:    TO CHANGE NEG BEHAVIOR
     329  DESTROY PROP $100 OR LESS - FREQ: 1
          LP PHONE   / 30 DAYS / CS
          COMP:    LAW:    TO CHANGE NEG BEHAVIOR




 G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *       INMATE DISCIPLINE DATA       *      08-30-2012
    PAGE 002       *    CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 08-30-2012


--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2299020 - SANCTIONED INCIDENT DATE/TIME: 05-02-2012 1340
DHO HEARING DATE/TIME: 05-23-2012 0800
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: ADMITS TYING NOSSE AROUND NECK AND HANGING HIMSELF FROM
                       AIR VENT BECAUSE HE WAS UPSET HIS REC WAS TAKEN...
    228A TATTOOING OR SELF-MUTILATION - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP COMM    / 120 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 08-15-2012 0800
         COMP:    LAW:
         LP VISIT   / 120 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 08-15-2012 0800
         COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2302635 - SANCTIONED INCIDENT DATE/TIME: 05-11-2012 1215
UDC HEARING DATE/TIME: 05-16-2012 1500
FACL/UDC/CHAIRPERSON.: LEW/ADAMI SMU/B.THARP
APPEAL CASE NUMBER(S): 692443
REPORT REMARKS.......: TO CHANGE NEG BEHAVIOR UDC SANCTIONED 60 DAYS LOSS OF CO
                       MMISSARY
    312 BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:    LAW:    TO CHANGE NEGATIVE BEHAVIOR
    330 BEING UNSANITARY OR UNTIDY - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:    LAW:    TO CHANGE NEGATIVE BEHAVIOR
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2152204 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 1825
DHO HEARING DATE/TIME: 05-05-2011 1441
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DECLINED TO APPEAR;STATED"I AIN'T CUFFING UP AND I GOT
                       SOMETHING FOR YOU AND ANYBODY ELSE THAT COMES IN HERE"
    203 THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ        *        INMATE DISCIPLINE DATA        *    08-30-2012
PAGE 003        *    CHRONOLOGICAL DISCIPLINARY RECORD    *    10:43:59


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 05-05-2011 1441    REPORT 2152204 CONTINUED
          LP VISIT    / 90 DAYS / CS
          COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2133109 - SANCTIONED INCIDENT DATE/TIME: 03-04-2011 1715
DHO HEARING DATE/TIME: 05-05-2011 1440
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DECLINED TO APPEAR; THREATENED OFFICER,"I'M GOING TO GET
                       YOU AND FUCK YOU UP IF YOU OPEN THIS WICKET."
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:   LAW:
          LP COMM    / 90 DAYS / CS
          COMP:   LAW:
          LP VISIT   / 90 DAYS / CS
          COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2152115 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 0850
UDC HEARING DATE/TIME: 04-20-2011 1622
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/NICHOLAS
REPORT REMARKS.......: NO COMMENT.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP VISIT   / 15 DAYS / CS
          COMP:   LAW:   15 DAYS LOSS OF VISITING.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2152352 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 1615
UDC HEARING DATE/TIME: 04-20-2011 1620
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
    320  FAILING TO STAND COUNT - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------
REPORT NUMBER........: 2152204 (REHEARD 05-05-2011 1441)
UDC HEARING DATE/TIME: 04-20-2011 1619




 G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *        INMATE DISCIPLINE DATA        *       08-30-2012
   PAGE 004        *    CHRONOLOGICAL DISCIPLINARY RECORD  *       10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2152239 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 2025.
UDC HEARING DATE/TIME: 04-20-2011 1615
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
     305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
          LP COMM   / 30 DAYS / CS
          COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1818253 - SANCTIONED INCIDENT DATE/TIME: 01-06-2009 0915
DHO HEARING DATE/TIME: 03-23-2011 0945
FACL/CHAIRPERSON.....: LEW/D. BREWER
APPEAL CASE NUMBER(S): 635867, 613428, 577096
REPORT REMARKS.......: REHEARING ORDERED BY THE MID-ATLANTIC REGIONAL OFFICE.
                       REAFFIRM DHO'S FINDINGS AND SANCTIONS.
     104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 40 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:    LAW:
          LP VISIT  / 180 DAYS / CS
          COMP:    LAW:
          TRANSFER  / CS
          COMP:    LAW:    DISCIPLINARY TRANSFER
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2133110 - SANCTIONED INCIDENT DATE/TIME: 03-04-2011 1345
DHO HEARING DATE/TIME: 03-23-2011 0930
FACL/CHAIRPERSON.....: LEW/D. BREWER
REPORT REMARKS.......: INMATE STATED, "MY DUE PROCESS RIGHTS HAVE BEEN
                       VIOLATED."
     208  INTERFERING WITH SECRY DEVICES - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:    LAW:
          LP COMM   / 120 DAYS / CS
          COMP:    LAW:
          LP PHONE  / 120 DAYS / CS
          COMP:    LAW:
          LP VISIT  / 120 DAYS / CS
          COMP:    LAW:
     307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP COMM   / 60 DAYS / CS
          COMP:    LAW:
          LP PHONE  / 60 DAYS / CS
          COMP:    LAW:


 G0002       MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ        *        INMATE DISCIPLINE DATA        *      08-30-2012
  PAGE 005        *     CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012

---

REPORT NUMBER/STATUS.: 2134905 - SANCTIONED INCIDENT DATE/TIME: 03-08-2011 1000
UDC HEARING DATE/TIME: 03-11-2011 1401
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/NICHOLAS
REPORT REMARKS.......: INMATE DECLINED TO MAKE A STATEMENT.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:   15 DAYS LOSS OF VISITING.

---

REPORT NUMBER/STATUS.: 2097285 - SANCTIONED INCIDENT DATE/TIME: 12-03-2010 1730
UDC HEARING DATE/TIME: 12-07-2010 0904
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT
   398  INTERFERING W/STAFF-MODERATE - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT

---

REPORT NUMBER/STATUS.: 2077258 - SANCTIONED INCIDENT DATE/TIME: 10-12-2010 1033
UDC HEARING DATE/TIME: 10-14-2010 1030
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT

---

REPORT NUMBER/STATUS.: 2062198 - SANCTIONED INCIDENT DATE/TIME: 09-03-2010 0906
UDC HEARING DATE/TIME: 09-05-2010 1250
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT

---

REPORT NUMBER/STATUS.: 2036697 - SANCTIONED INCIDENT DATE/TIME: 07-05-2010 1200
DHO HEARING DATE/TIME: 09-01-2010 1121
FACL/CHAIRPERSON.....: LEW/BITTENBEND
REPORT REMARKS.......: DENIED THREATENING TO THROW FECES ON STAFF AND BLOCKING
                       SLOT WITH ARM
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P
        DS        / 30 DAYS / CS
        COMP:    LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

```
LEWAJ          *      INMATE DISCIPLINE DATA        *    08-30-2012
PAGE 006        *    CHRONOLOGICAL DISCIPLINARY RECORD  *    10:43:59


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012


DHO HEARING DATE/TIME: 09-01-2010 1121    REPORT 2036697 CONTINUED
         IMPOUND    / 2 MONTHS / CS
         COMP:   LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIGIOUS MATERIAL
    208  INTERFERING WITH SECRY DEVICES - FREQ: 4
         DIS GCT    / 54 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:   LAW:
         LP COMM    / 8 MONTHS / CS
         COMP:   LAW:
         LP PHONE   / 8 MONTHS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2036698 - SANCTIONED INCIDENT DATE/TIME: 07-04-2010 1840
DHO HEARING DATE/TIME: 09-01-2010 1116
FACL/CHAIRPERSON.....: LEW/BITTENBEND
REPORT REMARKS.......: NO COMMENT-BLOCKED WICKET WITH ARM
    208  INTERFERING WITH SECRY DEVICES - FREQ: 3
         DIS GCT    / 54 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 6 MONTHS / CS
         COMP:   LAW:
         LP VISIT   / 6 MONTHS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2031793 - SANCTIONED INCIDENT DATE/TIME: 06-23-2010 1330
UDC HEARING DATE/TIME: 07-29-2010 1300
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/ADERHOLD
APPEAL CASE NUMBER(S): 596161
REPORT REMARKS.......: SANCTIONED AT UDC LEVEL INMATE FOUND GUILTY
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP VISIT   / 30 DAYS / CS
         COMP:   LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT
-----------------------------------------------------------------------------
REPORT NUMBER........: 2031793 (REHEARD 07-29-2010 1300)
UDC HEARING DATE/TIME: 06-24-2010 1430
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1990336 - SANCTIONED INCIDENT DATE/TIME: 03-13-2010 1355
DHO HEARING DATE/TIME: 03-16-2010 0700
FACL/CHAIRPERSON.....: MCR/RAITT
REPORT REMARKS.......: INMATE DENIED THE CHARGE




G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *       INMATE DISCIPLINE DATA          *    08-30-2012
 PAGE 007         *    CHRONOLOGICAL DISCIPLINARY RECORD    *    10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT     FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012


DHO HEARING DATE/TIME: 03-16-2010 0700     REPORT 1990336 CONTINUED
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOWED 27 DAYS OF GCT
         DS         / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
-------------------------------------------------------------------------
REPORT NUMBER........: 1818253 (REHEARD 03-23-2011 0945)
DHO HEARING DATE/TIME: 01-21-2010 0730
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1831031 - SANCTIONED INCIDENT DATE/TIME: 02-08-2009 1240
DHO HEARING DATE/TIME: 02-26-2009 1000
FACL/CHAIRPERSON.....: MCR/RAITT
REPORT REMARKS.......: INMATE ADMITTED TO SPITTING AT THE OFFICER
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SM1 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOWED 27 DAYS OF GCT
         DS         / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
         LP PHONE   / 180 DAYS / CS
         COMP:   LAW:   180 DAYS LOSS OF PHONE
         TRANSFER   / CS
         COMP:   LAW:   RECOMMEND DISCIPLINARY TRANSFER
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1830365 - SANCTIONED INCIDENT DATE/TIME: 02-05-2009 2100
DHO HEARING DATE/TIME: 02-11-2009 0715
FACL/CHAIRPERSON.....: MCR/RAITT
REPORT REMARKS.......: INMATE REFUSED TO APPEAR BEFORE THE DHO
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOWED 27 DAYS OF GCT
         DS         / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEREGATION
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1826077 - SANCTIONED INCIDENT DATE/TIME: 01-26-2009 1900
DHO HEARING DATE/TIME: 02-05-2009 0900
FACL/CHAIRPERSON.....: MCR/RAITT
APPEAL CASE NUMBER(S): 531154
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SM1 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOW 27 DAYS OF GCT
         DS         / 30 DAYS / CS
         COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ           *         INMATE DISCIPLINE DATA          *      08-30-2012
PAGE 008           *      CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59
```

REGISTER NO: 28711-034  NAME..: LANDOR, DAMON
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 02-05-2009 0900    REPORT 1826077 CONTINUED
          LP COMM     / 120 DAYS / CS
          COMP:   LAW:   120 DAYS LOSS OF COMMISSARY
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1816337 - SANCTIONED INCIDENT DATE/TIME: 12-30-2008 1030
UDC HEARING DATE/TIME: 01-07-2009 1415
FACL/UDC/CHAIRPERSON.: MCR/1B/T.LUMLEY
REPORT REMARKS.......: I/R WAS REFERED BACK TO UDC FROM DHO ON 01-07-09 INMATE
                       STATED HE SIGNED RPGU CONTRACT UNDER DURESS
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
          LP COMM     / 120 DAYS / CS
          COMP:   LAW:   EFFECTIVE AT END OF CURRENT SANCTIONS
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
          LP PHONE    / 120 DAYS / CS
          COMP:   LAW:   EFFECTIVE AT END OF CURRENT SANCTIONS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1808940 - SANCTIONED INCIDENT DATE/TIME: 12-09-2008 1135
UDC HEARING DATE/TIME: 12-12-2008 1147
FACL/UDC/CHAIRPERSON.: MCR/6B/BROUGHTON
REPORT REMARKS.......: INMATE STATED HE DIDN'T REFUSE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP COMM     / 30 DAYS / CS
          COMP:   LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1795602 - SANCTIONED INCIDENT DATE/TIME: 11-02-2008 1230
UDC HEARING DATE/TIME: 11-05-2008 1400
FACL/UDC/CHAIRPERSON.: MCR/1B/T.LUMLEY
REPORT REMARKS.......: INMATE STATED HE DID NOT DO IT.
   300  INDECENT EXPOSURE - FREQ: 1
          LP COMM     / 90 DAYS / CS
          COMP:   LAW:   EFFECTIVE 11-05-08
          LP PHONE    / 90 DAYS / CS
          COMP:   LAW:   EFFECTIVE 11-05-08
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1772736 - SANCTIONED INCIDENT DATE/TIME: 08-29-2008 1730
DHO HEARING DATE/TIME: 09-03-2008 0935
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: STATES HE DOESN'T RECALL INCIDENT - BLOCKED WICKET WITH
                       ARM
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
          DIS GCT     / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 30 DAYS / CS
          COMP:   LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ          *       INMATE DISCIPLINE DATA        *    08-30-2012
PAGE 009         *    CHRONOLOGICAL DISCIPLINARY RECORD  *    10:43:59

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 09-03-2008 0935     REPORT 1772736 CONTINUED
            IMPOUND     / 90 DAYS / CS
            COMP:  LAW:   IMPOUND ALL PROPERTY EXCEPT LEGAL AND RELIG.
                          MATERIAL
            LP COMM   / 90 DAYS / CS
            COMP:   LAW:
            LP PHONE  / 90 DAYS / CS
            COMP:  LAW:
            LP VISIT  / 90 DAYS / CS
            COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1761779 - SANCTIONED INCIDENT DATE/TIME: 08-01-2008 1115
DHO HEARING DATE/TIME: 09-03-2008 0930
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED STATES HE DOESN'T RECALL INCIDENT - BLOCKED
                       WICKET WITH ARM
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:  LAW:
         IMPOUND   / 120 DAYS / CS
         COMP:  LAW:   ALL PROPERTY EXCEPT LEGAL AND RELIG. MATERIAL
         LP PHONE  / 120 DAYS / CS
         COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1761113 - SANCTIONED INCIDENT DATE/TIME: 07-30-2008 1845
DHO HEARING DATE/TIME: 09-03-2008 0925
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: NO COMMENT - STATES HE DOESN'T RECALL INCIDENT - BLOCKED
                       KEYWAY OF HIS SHU CELL
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:  LAW:
         LP COMM   / 120 DAYS / CS
         COMP:  LAW:
         LP VISIT  / 120 DAYS / CS
         COMP:  LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ          *      INMATE DISCIPLINE DATA        *      08-30-2012
PAGE 010         *   CHRONOLOGICAL DISCIPLINARY RECORD  *    10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1758635 - SANCTIONED INCIDENT DATE/TIME: 07-24-2008 1250
DHO HEARING DATE/TIME: 09-03-2008 0920
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: NO COMMENT - STATES HE DOESN'T RECALL INCIDENT - THREW
                       URINE ON OFCR., STRIKING HIM IN THE FACE
    101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
         DIS GCT   / 41 DAYS / CS
         COMP:010 LAW:P
         DS        / 60 DAYS / CS
         COMP:   LAW:
         LP COMM   / 180 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 180 DAYS / CS
         COMP:   LAW:
         LP VISIT  / 180 DAYS / CS
         COMP:   LAW:   IMPOUND ALL INMATE'S PROPERTY FOR 180 DAYS WITH
                        THE EXCEPTION OF LEGAL AND RELIGIOUS MATERIAL
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1761135 - SANCTIONED INCIDENT DATE/TIME: 07-30-2008 1340
DHO HEARING DATE/TIME: 09-03-2008 0915
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: ADMITS 4 1/2" SHARP. INST. FOUND IN SHU CELL MATTRESS
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT   / 41 DAYS / CS
         COMP:010 LAW:P
         DS        / 60 DAYS / CS
         COMP:   LAW:   IMPOUND ALL INMATE'S PROPERTY FOR 90 DAYS WITH
                        EXCEPT OF LEGAL AND RELIG. MATERIAL
         LP COMM   / 180 DAYS / CS
         COMP:   LAW:
         LP PHONE  / 180 DAYS / CS
         COMP:   LAW:
         LP VISIT  / 180 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1760018 - SANCTIONED INCIDENT DATE/TIME: 07-28-2008 1325
DHO HEARING DATE/TIME: 07-30-2008 1430    (ABSENTIA)
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DECLINED TO APPEAR - REFUSED TO WEAR JUMPSUIT DURING
                       REC AND RETURN FROM REC WHEN IT WAS OVER
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT   / 14 DAYS / CS
         COMP:010 LAW:P
         DS        / 15 DAYS / CS
         COMP:   LAW:


  G0002      MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *        INMATE DISCIPLINE DATA          *      08-30-2012
  PAGE 011         *      CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59

  REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
  FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 08-30-2012

  DHO HEARING DATE/TIME: 07-30-2008 1430    REPORT 1760018 CONTINUED
            IMPOUND    / 90 DAYS / CS
            COMP:   LAW:   ALL PROPERTY EXCEPT LEGAL AND RELIGIOUS MATERIAL
            LP COMM    / 90 DAYS / CS
            COMP:   LAW:
            LP PHONE   / 90 DAYS / CS
            COMP:   LAW:
  --------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 1752822 - SANCTIONED INCIDENT DATE/TIME: 07-09-2008 1850
  DHO HEARING DATE/TIME: 07-24-2008 1200
  FACL/CHAIRPERSON.....: LEW/CHAMBERS B
  REPORT REMARKS.......: MASTURBATED AT FEMALE LT.- REFUSED TO
                         COMMENT OR ANSWER QUESTIONS
    205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
            DIS GCT    / 27 DAYS / CS
            COMP:010 LAW:P
            DS         / 30 DAYS / CS
            COMP:   LAW:
            LP COMM    / 120 DAYS / CS
            COMP:   LAW:
  --------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 1752002 - SANCTIONED INCIDENT DATE/TIME: 07-07-2008 2222
  DHO HEARING DATE/TIME: 07-24-2008 1150
  FACL/CHAIRPERSON.....: LEW/CHAMBERS B
  REPORT REMARKS.......: OFFERED OFCR. $ TO BEING IN CIGARETTES - REFUSED TO
                         COMMENT OR ANSWER QUESTIONS
    217A EXCHANGING MONEY FOR CONTRABND - FREQ: 1
            DIS GCT    / 27 DAYS / CS
            COMP:010 LAW:P
            DS         / 30 DAYS / CS
            COMP:   LAW:
            LP COMM    / 120 DAYS / CS
            COMP:   LAW:
            LP PHONE   / 120 DAYS / CS
            COMP:   LAW:
            LP VISIT   / 120 DAYS / CS
            COMP:   LAW:
            TRANSFER   / CS
            COMP:   LAW:



  G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *      INMATE DISCIPLINE DATA       *    08-30-2012
PAGE 012          *    CHRONOLOGICAL DISCIPLINARY RECORD  *    10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012

------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1756276 - SANCTIONED INCIDENT DATE/TIME: 07-18-2008 1337
DHO HEARING DATE/TIME: 07-24-2008 1145
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED MASTURBATED AT FEMALE OFCR., REFUSED TO COMMENT &
                       REFUSED TO ANSWER QUESTIONS
   205  ENGAGING IN SEXUAL ACTS - FREQ: 4 ATI: SN1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 60 DAYS / CS
        COMP:    LAW:
        IMPOUND    / 120 DAYS / CS
        COMP:    LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIG. MATERIAL
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1756125 - SANCTIONED INCIDENT DATE/TIME: 07-17-2008 1340
DHO HEARING DATE/TIME: 07-24-2008 1140
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED MASTURBATED AT FEMALE OFCR., REFUSED TO COMMENT &
                       REFUSED TO ANSWER QUESTIONS
   205  ENGAGING IN SEXUAL ACTS - FREQ: 3 ATI: SN1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 60 DAYS / CS
        COMP:    LAW:
        IMPOUND    / 90 DAYS / CS
        COMP:    LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIG. MATERIAL
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1756123 - SANCTIONED INCIDENT DATE/TIME: 07-17-2008 1340
DHO HEARING DATE/TIME: 07-24-2008 1135
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED MASTURBATED AT FEMALE TOWER OFCR., STATED SHE
                       COULDN'T SEE HIM ANYWAY - REFUSED TO ANSWER QUESTIONS


G0002      MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *         INMATE DISCIPLINE DATA          *      08-30-2012
  PAGE 013         *     CHRONOLOGICAL DISCIPLINARY RECORD    *      10:43:59


  REGISTER NO: 28711-034  NAME..: LANDOR, DAMON
  FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012


  DHO HEARING DATE/TIME: 07-24-2008 1135    REPORT 1756123 CONTINUED
      205   ENGAGING IN SEXUAL ACTS - FREQ: 2 ATI: SN1
            DIS GCT    / 27 DAYS / CS
            COMP:010 LAW:P
            DS         / 45 DAYS / CS
            COMP:      LAW:
            LP COMM    / 120 DAYS / CS
            COMP:      LAW:
            LP VISIT   / 120 DAYS / CS
            COMP:      LAW:
  ----------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 1753436 - SANCTIONED INCIDENT DATE/TIME: 07-11-2008 1630
  DHO HEARING DATE/TIME: 07-24-2008 1130
  FACL/CHAIRPERSON.....: LEW/CHAMBERS B
  REPORT REMARKS.......: THREW LIQ. ON OFCR., BLOCKED WICKET AND THREW FD. ONTO
                         RANGE-ADMITS, DID IT BECAUSE STAFF REFUSED TO FEED HIM
      208   INTERFERING WITH SECRY DEVICES - FREQ: 1
            DIS GCT    / 27 DAYS / CS
            COMP:010 LAW:P
            DS         / 30 DAYS / CS
            COMP:      LAW:
      224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
            DIS GCT    / 27 DAYS / CS
            COMP:010 LAW:P
            DS         / 30 DAYS / CS
            COMP:      LAW:
            IMPOUND    / 90 DAYS / CS
            COMP:      LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIG. MATERIAL
            LP PHONE   / 180 DAYS / CS
            COMP:      LAW:
      330   BEING UNSANITARY OR UNTIDY - FREQ: 1
            DIS GCT    / 14 DAYS / CS
            COMP:010 LAW:P
            DS         / 15 DAYS / CS
            COMP:      LAW:
            LP VISIT   / 90 DAYS / CS
            COMP:      LAW:
  ----------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 1650795 - SANCTIONED INCIDENT DATE/TIME: 10-02-2007 1230
  DHO HEARING DATE/TIME: 07-24-2008 1125
  FACL/CHAIRPERSON.....: LEW/CHAMBERS B
  REPORT REMARKS.......: ACTIVATED DURESS ALARM UNNECESSARILY - REFUSED TO
                         COMMENT
      317   FAILING TO FOLLOW SAFETY REGS - FREQ: 1
            DIS GCT    / 14 DAYS / CS
            COMP:010 LAW:P


  G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *       INMATE DISCIPLINE DATA        *      08-30-2012
  PAGE 014         *    CHRONOLOGICAL DISCIPLINARY RECORD  *     10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

```
          DS         / 15 DAYS / CS
          COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1650801 - SANCTIONED INCIDENT DATE/TIME: 10-02-2007 1130
DHO HEARING DATE/TIME: 07-24-2008 1120
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: LAID ON THE FLOOR AND REFUSED TO WALK TO HIS CELL, HAD
                       TO BE CARRIED - REFUSED TO COMMENT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT     / 14 DAYS / CS
         COMP:010 LAW:P
         DS          / 15 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1650797 - SANCTIONED INCIDENT DATE/TIME: 10-02-2007 0850
DHO HEARING DATE/TIME: 07-24-2008 1115
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: REFUSED TO CHANGE CELLS - REFUSED TO COMMENT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT     / 14 DAYS / CS
         COMP:010 LAW:P
         DS          / 15 DAYS / CS
         COMP:   LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1744976 - SANCTIONED INCIDENT DATE/TIME: 06-17-2008 1307
DHO HEARING DATE/TIME: 06-25-2008 0915
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: ADMITS SPIT ON COUNSELOR, REFUSED TO MOVE FROM WICKET,
                       WAS INSOLENT & THREATENED STAFF SEXUALLY
    203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         DS          / 45 DAYS / CS
         COMP:   LAW:
         LP COMM    / 120 DAYS / CS
         COMP:   LAW:
    206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         DS          / 30 DAYS / CS
         COMP:   LAW:
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SH1 RFP: D
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         DS          / 45 DAYS / CS
         COMP:   LAW:


  G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *        INMATE DISCIPLINE DATA          *      08-30-2012
   PAGE 015        *     CHRONOLOGICAL DISCIPLINARY RECORD   *      10:43:59

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012


        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:
        TRANSFER   / CS
        COMP:    LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        DS         / 15 DAYS / CS
        COMP:    LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        DS         / 15 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 90 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1736960 - SANCTIONED INCIDENT DATE/TIME: 05-26-2008 1652
DHO HEARING DATE/TIME: 06-03-2008 0950
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIES REFUSING A CELLMATE - STATES THEY TRIED TO PUT A
                       "DRUNK MEXICAN" INMATE IN HIS CELL.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 2
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP COMM    / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP PHONE   / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP VISIT   / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1730427 - SANCTIONED INCIDENT DATE/TIME: 05-08-2008 1010
DHO HEARING DATE/TIME: 05-27-2008 1000
FACL/CHAIRPERSON.....: LEW/HENDRICKSO
REPORT REMARKS.......: DECLINED TO MAKE A STATEMENT REGARDING THE REPORT.
                       STATES THE REPORT SHOULD BE EXPUNGED - PROCEDURAL ERRORS
   203  THREATENING BODILY HARM - FREQ: 6 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:


   G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *        INMATE DISCIPLINE DATA         *      08-30-2012
     PAGE 016        *    CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 05-27-2008 1000    REPORT 1730427 CONTINUED
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 9 ATI: SH1 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 120 DAYS / CS
         COMP:    LAW:
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 4
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:P
         DS         / 15 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 90 DAYS / CS
         COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1709586 - SANCTIONED INCIDENT DATE/TIME: 03-12-2008 1400
DHO HEARING DATE/TIME: 05-08-2008 1000
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED THREATENED TO "FUCK UP THE C.O."
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1727566 - SANCTIONED INCIDENT DATE/TIME: 04-30-2008 0810
DHO HEARING DATE/TIME: 05-08-2008 0950
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIED FALSIFIED A MEDICAL SLIP, LIED AND RETURNED TO
                       WORK WHEN ASSIGNED TO WORK
    299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:    LAW:   MOST LIKE 306
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:   MOST LIKE 306
    313  LYING OR FALSIFYING STATEMENT - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:P
         DS         / 15 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 90 DAYS / CS
         COMP:    LAW:


     G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ           *      INMATE DISCIPLINE DATA       *     08-30-2012
PAGE 017          *   CHRONOLOGICAL DISCIPLINARY RECORD   *     10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 05-08-2008 0950     REPORT 1727566 CONTINUED
    314   COUNTRFTNG OR FORGING DOCUMENT - FREQ: 1
          DIS GCT    / 14 DAYS / CS
          COMP:010 LAW:P
        . DS         / 15 DAYS / CS
          COMP:    LAW:
          LP PHONE   / 90 DAYS / CS
          COMP:    LAW:
    399   DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
          DIS GCT    / 14 DAYS / CS
          COMP:010 LAW:P  MOST LIKE 306
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1701652 - SANCTIONED INCIDENT DATE/TIME: 02-20-2008 1617
DHO HEARING DATE/TIME: 02-22-2008 1222
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED DIRECTIVE TO STAND FOR SHU COUNT.
    307   REFUSING TO OBEY AN ORDER - FREQ: 1
          DS        / 15 DAYS / CS
          COMP:   LAW:
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1700346 - SANCTIONED INCIDENT DATE/TIME: 02-15-2008 2325
DHO HEARING DATE/TIME: 02-22-2008 1220
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: SPIT ON STAFF.
    224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:   LAW:
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1700350 - SANCTIONED INCIDENT DATE/TIME: 02-15-2008 2145
DHO HEARING DATE/TIME: 02-22-2008 1218
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED ORDER TO UNBLOCK CELL WINDOW.
    307   REFUSING TO OBEY AN ORDER - FREQ: 1
          DS         / 15 DAYS / CS
          COMP:   LAW:
--------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1700348 - SANCTIONED INCIDENT DATE/TIME: 02-15-2008 2315
DHO HEARING DATE/TIME: 02-22-2008 1211
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: SPIT ON AND THREATENED TO STAB STAFF.
    203   THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P


  G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ           *        INMATE DISCIPLINE DATA         *      08-30-2012
PAGE 018          *     CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012


DHO HEARING DATE/TIME: 02-22-2008 1211    REPORT 1700348 CONTINUED
          DS          / 30 DAYS / CS
          COMP:  LAW:
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
          DIS GCT     / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 30 DAYS / CS
          COMP:  LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1690829 - SANCTIONED INCIDENT DATE/TIME: 01-21-2008 1715
DHO HEARING DATE/TIME: 02-04-2008 1130
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  THREW LAUNDRY BAG WITH FECES AND
                       WATER AT SHU OFFICER.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 3 ATI: SH1 RFP: D
          DIS GCT     / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 60 DAYS / CS
          COMP:  LAW:
          LP VISIT    / 12 MONTHS / CS
          COMP:  LAW:    THROUGH 12-31-2009.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1681861 - SANCTIONED INCIDENT DATE/TIME: 12-27-2007 1340
DHO HEARING DATE/TIME: 01-14-2008 1000
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  VERBAL THREAT TO GET RAZOR AND
                       CUT STAFF.
    203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DIS GCT     / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 30 DAYS / CS
          COMP:  LAW:
          LP PHONE    / 12 MONTHS / CS
          COMP:  LAW:    THROUGH 02-27-2012.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1682092 - SANCTIONED INCIDENT DATE/TIME: 12-28-2007 0010
DHO HEARING DATE/TIME: 01-03-2008 1050
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  BROKE SOFT AND HARD RESTRAINTS.
    218  DESTROYING PROP OVER $100 - FREQ: 2
          DIS GCT     / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 45 DAYS / CS
          COMP:  LAW:




  G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ           *        INMATE DISCIPLINE DATA        *      08-30-2012
PAGE 019           *     CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012


DHO HEARING DATE/TIME: 01-03-2008 1050   REPORT 1682092 CONTINUED
       LP VISIT  / 6 MONTHS / CS
       COMP:  LAW:    THROUGH 01-01-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1681719 - SANCTIONED INCIDENT DATE/TIME: 12-26-2007 1540
DHO HEARING DATE/TIME: 01-03-2008 1045
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  REFUSED TO RETURN RAZOR (BLADES)
                       IN SHU.
   307 REFUSING TO OBEY AN ORDER - FREQ: 1
       DS         / 15 DAYS / CS
       COMP:  LAW:
       LP COMM   / 3 MONTHS / CS
       COMP:   LAW:    THROUGH 05-01-2011.
       LP PHONE  / 6 MONTHS / CS
       COMP:  LAW:    THROUGH 03-01-2011.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1681720 - SANCTIONED INCIDENT DATE/TIME: 12-26-2007 1945
DHO HEARING DATE/TIME: 01-03-2008 1040
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  REFUSED TO SUBMIT TO HAND
                       RESTRAINTS.
   307 REFUSING TO OBEY AN ORDER - FREQ: 1
       DS         / 15 DAYS / CS
       COMP:  LAW:
       LP PHONE  / 3 MONTHS / CS
       COMP:  LAW:    THROUGH 09-02-2010.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1681871 - SANCTIONED INCIDENT DATE/TIME: 12-27-2007 1145
DHO HEARING DATE/TIME: 01-03-2008 1035
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  REFUSED CELL MATE IN SHU.
   306 REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
       DS         / 15 DAYS / CS
       COMP:  LAW:
       LP VISIT  / 3 MONTHS / CS
       COMP:  LAW:    THROUGH 02-10-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1679420 - SANCTIONED INCIDENT DATE/TIME: 12-19-2007 0010
DHO HEARING DATE/TIME: 01-03-2008 1030
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  SPIT ON PA IN SHU.
   224 ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SH1 RFP: D
       DIS GCT   / 27 DAYS / CS
       COMP:010 LAW:P



   G0002        MORE PAGES TO FOLLOW . . .
```

```
LEWAJ          *      INMATE DISCIPLINE DATA       *     08-30-2012
PAGE 020       *   CHRONOLOGICAL DISCIPLINARY RECORD  *   10:43:59


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 08-30-2012


DHO HEARING DATE/TIME: 01-03-2008 1030    REPORT 1679420 CONTINUED
          DS          / 45 DAYS / CS
          COMP:   LAW:
          LP COMM   / 6 MONTHS / CS
          COMP:   LAW:    THROUGH 02-02-2011.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1679422 - SANCTIONED INCIDENT DATE/TIME: 12-17-2007 2245
DHO HEARING DATE/TIME: 01-03-2008 1025
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  PULLED OFFICER'S HAND THROUGH FOOD
                       SLOT.  CUT HAND, BROKE CUFF KEY.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SM2 RFP: D
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 45 DAYS / CS
          COMP:   LAW:
          LP PHONE  / 6 MONTHS / CS
          COMP:   LAW:    THROUGH 06-03-2010.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
          DS          / 15 DAYS / CS
          COMP:   LAW:
          LP VISIT  / 3 MONTHS / CS
          COMP:   LAW:    THROUGH 11-11-2008.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1681935 - SANCTIONED INCIDENT DATE/TIME: 12-27-2007 1630
DHO HEARING DATE/TIME: 01-03-2008 1020
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  REFUSED DIRECTIVE TO CLEAN CELL.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
          DS          / 15 DAYS / CS
          COMP:   LAW:
          LP PHONE  / 3 MONTHS / CS
          COMP:   LAW:    THROUGH 12-04-2009.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1679417 - SANCTIONED INCIDENT DATE/TIME: 12-18-2007 2155
DHO HEARING DATE/TIME: 01-03-2008 1015
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  SPIT ON SHU LIEUTENANT DURING
                       ESCORT.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SH1 RFP: D
          DIS GCT   / 27 DAYS / CS
          COMP:010 LAW:P
          DS          / 45 DAYS / CS
          COMP:   LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *         INMATE DISCIPLINE DATA          *    08-30-2012
PAGE 021          *     CHRONOLOGICAL DISCIPLINARY RECORD    *    10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 01-03-2008 1015    REPORT 1679417 CONTINUED
        LP COMM    / 6 MONTHS / CS
        COMP:   LAW:    THROUGH 08-03-2010,
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1679421 - SANCTIONED INCIDENT DATE/TIME: 12-18-2007 0630
DHO HEARING DATE/TIME: 01-03-2008 1010
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  REFUSED ORDER TO RETURN SHU FOOD
                       TRAYS.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:   LAW:
        LP VISIT   / 3 MONTHS / CS
        COMP:   LAW:    THROUGH 08-12-2008.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1680360 - SANCTIONED INCIDENT DATE/TIME: 12-18-2007 2115
DHO HEARING DATE/TIME: 01-03-2008 1005
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  ACTIVATED SHU FIRE SPRINKLER.
   218  DESTROYING PROP OVER $100 - FREQ: 2
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 45 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 6 MONTHS / CS
        COMP:   LAW:    THROUGH 09-05-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1678728 - SANCTIONED INCIDENT DATE/TIME: 12-17-2007 1225
DHO HEARING DATE/TIME: 01-03-2008 1000
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO APPEAR.  SPRAYED UNKNOWN LIQUID AT STAFF IN
                       SHU.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SM1 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 45 DAYS / CS
        COMP:   LAW:
        LP COMM    / 6 MONTHS / CS
        COMP:   LAW:    THROUGH 02-04-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1663231 - SANCTIONED INCIDENT DATE/TIME: 11-03-2007 1758
DHO HEARING DATE/TIME: 12-04-2007 1255
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: SPIT ON STAFF.



G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *      INMATE DISCIPLINE DATA        *    08-30-2012
   PAGE 022        *   CHRONOLOGICAL DISCIPLINARY RECORD *    10:43:59

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012

DHO HEARING DATE/TIME: 12-04-2007 1255    REPORT 1663231 CONTINUED
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SH1 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 6 MONTHS / CS
        COMP:    LAW:   THROUGH 05-13-2008.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1661885 - SANCTIONED INCIDENT DATE/TIME: 10-31-2007 0945
DHO HEARING DATE/TIME: 11-09-2007 0825
FACL/CHAIRPERSON.....: ALP/CERNEY
APPEAL CASE NUMBER(S): 474136
REPORT REMARKS.......: REFUSED TO APPEAR.  MASTURBATION AND REQUESTED SEXUAL
                       ACT TO FEMALE STAFF.
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:   THROUGH 03-06-2009.
   206  MAKING SEXUAL PROPOSAL/THREAT - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:   THROUGH 09-05-2009.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1663309 - SANCTIONED INCIDENT DATE/TIME: 11-03-2007 2140
DHO HEARING DATE/TIME: 11-09-2007 0820
FACL/CHAIRPERSON.....: ALP/CERNEY
APPEAL CASE NUMBER(S): 474135
REPORT REMARKS.......: REFUSED TO APPEAR.  DAMAGED SHU MATTRESS.
   218  DESTROYING PROP OVER $100 - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:   THROUGH 02-04-2009.




   G0002      MORE PAGES TO FOLLOW . . .
```

```
      LEWAJ        *        INMATE DISCIPLINE DATA        *     08-30-2012
   PAGE 023        *    CHRONOLOGICAL DISCIPLINARY RECORD   *.    10:43:59

   REGISTER NO: 28711-034  NAME..: LANDOR, DAMON
   FUNCTION...: PRT    FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

   ---------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1663310 - SANCTIONED INCIDENT DATE/TIME: 11-03-2007 1845
   DHO HEARING DATE/TIME: 11-09-2007 0815
   FACL/CHAIRPERSON.....: ALP/CERNEY
   APPEAL CASE NUMBER(S): 474155
   REPORT REMARKS.......: REFUSED TO APPEAR.  STANDING IN THE MIDDLE OF SHU CELL
                          NUDE AND MASTURBATING.
      205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
           DIS GCT    / 27 DAYS / CS
           COMP:010 LAW:P
           DS         / 30 DAYS / CS
           COMP:    LAW:
           FF NVGCT   / 27 DAYS / CS
           COMP:010 LAW:P
           LP VISIT   / 6 MONTHS / CS
           COMP:    LAW:    THROUGH 08-12-2008.
   ---------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1662234 - SANCTIONED INCIDENT DATE/TIME: 11-01-2007 1415
   DHO HEARING DATE/TIME: 11-09-2007 0800
   FACL/CHAIRPERSON.....: ALP/CERNEY
   APPEAL CASE NUMBER(S): 473720
   REPORT REMARKS.......: REFUSED TO APPEAR.  REFUSED SHU CELLMATE.
      306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
           DS         / 15 DAYS / CS
           COMP:    LAW:
           LP VISIT   / 3 MONTHS / CS
           COMP:    LAW:    THROUGH 02-13-2008.
   ---------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1657483 - SANCTIONED INCIDENT DATE/TIME: 10-19-2007 1100
   DHO HEARING DATE/TIME: 10-29-2007 0830
   FACL/CHAIRPERSON.....: ALP/CERNEY
   REPORT REMARKS.......: VERBAL ABUSE TO SIA AFTER AN INTERVIEW.
      312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
           DIS GCT    / 13 DAYS / CS
           COMP:010 LAW:P
           DS         / 15 DAYS / CS
           COMP:    LAW:
   ---------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1648994 - SANCTIONED INCIDENT DATE/TIME: 09-26-2007 1717
   DHO HEARING DATE/TIME: 10-19-2007 1000
   FACL/CHAIRPERSON.....: ALP/CERNEY
   REPORT REMARKS.......: STUCK ARM OUT OF FOOD SLOT; OFFICER UNABLE TO SECURE.
                          CORRECT HEARING DATE OCT. 15, 2007 @ 1025 HRS.
      208  INTERFERING WITH SECRY DEVICES - FREQ: 1
           DIS GCT    / 27 DAYS / CS
           COMP:010 LAW:P


   G0002        MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ         *      INMATE DISCIPLINE DATA        *      08-30-2012
     PAGE 024       *   CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012


          DS          / 30 DAYS / CS
          COMP:     LAW:
          FF NVGCT    / 12 DAYS / CS
          COMP:010 LAW:P
          LP COMM     / 1 MONTHS / CS
          COMP:     LAW:    THROUGH 08-05-2008.
          LP PHONE    / 1 MONTHS / CS
          COMP:     LAW:    THROUGH 09-07-2008.
          LP VISIT    / 1 MONTHS / CS
          COMP:     LAW:    THROUGH 11-14-2007.
-----------------------------------------------------------------------
REPORT NUMBER........: 1648994 (REHEARD 10-19-2007 1000)
DHO HEARING DATE/TIME: 10-15-2007 1025
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1648996 - SANCTIONED INCIDENT DATE/TIME: 09-26-2007 2055
DHO HEARING DATE/TIME: 10-15-2007 1020
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: PUSHED CELL DURESS ALARM AFTER BEING TOLD NOT TO.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
          DS          / 15 DAYS / CS
          COMP:     LAW:
          FF NVGCT    / 6 DAYS / CS
          COMP:010 LAW:P
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1652233 - SANCTIONED INCIDENT DATE/TIME: 10-05-2007 2210
DHO HEARING DATE/TIME: 10-15-2007 1015
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO UNBLOCK CELL DOOR WINDOW.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
          DS          / 15 DAYS / CS
          COMP:     LAW:
          FF NVGCT    / 6 DAYS / CS
          COMP:010 LAW:P
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1652230 - SANCTIONED INCIDENT DATE/TIME: 10-05-2007 1620
DHO HEARING DATE/TIME: 10-15-2007 1010
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: REFUSED TO UNBLOCK CELL DOOR WINDOW IN SHU.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
          DS          / 15 DAYS / CS
          COMP:     LAW:
          FF NVGCT    / 6 DAYS / CS
          COMP:010 LAW:P




G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *      INMATE DISCIPLINE DATA      *     08-30-2012
 PAGE 025         *   CHRONOLOGICAL DISCIPLINARY RECORD  *     10:43:59

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 08-30-2012

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1647225 - SANCTIONED INCIDENT DATE/TIME: 09-21-2007 1930
DHO HEARING DATE/TIME: 10-15-2007 1005
FACL/CHAIRPERSON.....: ALP/CERNEY
APPEAL CASE NUMBER(S): 473684
REPORT REMARKS.......: CALLED OFFICER A CRACKER MOTHERFUCKER.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DS        / 15 DAYS / CS
         COMP:   LAW:
         FF NVGCT  / 6 DAYS / CS
         COMP:010 LAW:P
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1619297 - SANCTIONED INCIDENT DATE/TIME: 07-12-2007 1105
DHO HEARING DATE/TIME: 08-15-2007 1230
FACL/CHAIRPERSON.....: HAZ/LOHR D
APPEAL CASE NUMBER(S): 461351
REPORT REMARKS.......: I/M DENIED CHARGE.  HOMEMADE WEAPON FOUND IN ZIPPER
                       LINING OF PANTS-ALTERED TO FORM A SHEATH
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 03-07-2007 1041
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 2
         DIS GCT   / 40 DAYS / CS
         COMP:010 LAW:P
         DS        / 60 DAYS / CS
         COMP:   LAW:
         LP COMM   / 1 YEARS / CS
         COMP:   LAW:
         LP PHONE  / 1 YEARS / CS
         COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1573781 - SANCTIONED INCIDENT DATE/TIME: 03-05-2007 0837
DHO HEARING DATE/TIME: 03-07-2007 1041
FACL/CHAIRPERSON.....: POL/WHITE M
APPEAL CASE NUMBER(S): 463190
REPORT REMARKS.......: INMATE REFUSED TO ATTEND DHO HEARING WHEN JAMMING PAPER
                       IN KEY WAY OF WICKET-SHU CELL
    208  INTERFERING WITH SECRY DEVICES - FREQ: 2
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 45 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 08-15-2007 1230
         COMP:   LAW:
         LP PHONE  / 6 MONTHS / CS
         COMP:   LAW:   LOSS OF TELEPHONE THRU 9-7-2007



  G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *          INMATE DISCIPLINE DATA          *       08-30-2012
    PAGE 026       *       CHRONOLOGICAL DISCIPLINARY RECORD   *       10:43:59
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO      LIMIT TO ____ MOS PRIOR TO 08-30-2012

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1560388 - SANCTIONED INCIDENT DATE/TIME: 01-26-2007 1225
DHO HEARING DATE/TIME: 02-05-2007 1308
FACL/CHAIRPERSON.....: POL/WHITE M
APPEAL CASE NUMBER(S): 444248
REPORT REMARKS.......: INMATE ADMITTED POSSESSION OF A 7" SHANK TAKEN FROM HIS
                       FRONT POCKET
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT     / 40 DAYS / CS
         COMP:010 LAW:P
         DS          / 12 DAYS / CS
         COMP:    LAW:
         LP COMM     / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF COMMISSARY THRU 8-5-2007
         LP VISIT    / 6 MONTHS / CS
         COMP:    LAW:    LOSS OF VISITS THRU 8-5-2007
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1535426 - SANCTIONED INCIDENT DATE/TIME: 11-09-2006 1100
UDC HEARING DATE/TIME: 11-27-2006 0935
FACL/UDC/CHAIRPERSON.: POL/C/BOUDREAUX
REPORT REMARKS.......: I WAS CHECKING IN.
    399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
         LP PHONE    / 15 DAYS / CS / SUSPENDED 90 DAYS
         COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1445709 - SANCTIONED INCIDENT DATE/TIME: 03-16-2006 1430
DHO HEARING DATE/TIME: 03-31-2006 1300
FACL/CHAIRPERSON.....: YAM/GENNARO M
REPORT REMARKS.......: INMATE ADMITS THAT HE THREATENED THE OFFICER, BUT
                       STATED THAT HE WAS MAD AT THE TIME.
    203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         DIS GCT     / 1 DAYS / CS
         COMP:010 LAW:P   NOTE: SANCTIONED FOR SENTRY REQUIREMENTS ONLY.
         DS          / 30 DAYS / CS
         COMP:    LAW:    INMATE HAS 30 SUSPENDED TOTAL OF 60 DAYS OF DS.
         FF NVGCT    / 27 DAYS / CS
         COMP:010 LAW:P
         TRANSFER    / CS
         COMP:    LAW:    RECOMMEND DISCIPLINARY TRANSFER
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ          *        INMATE DISCIPLINE DATA         *      08-30-2012
   PAGE 027         *     CHRONOLOGICAL DISCIPLINARY RECORD  *      10:43:59
```

REGISTER NO: 28711-034  NAME..: LANDOR, DAMON
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012

---

REPORT NUMBER/STATUS.: 1415424 - SANCTIONED INCIDENT DATE/TIME: 12-23-2005 2020
DHO HEARING DATE/TIME: 01-26-2006 1430
FACL/CHAIRPERSON.....: YAM/GENNARO M
REPORT REMARKS.......: INMATE ADMITS TO THE CHARGE OF PLACING PAPER IN THE LOCK
                       OF THE SHU FOOD TRAP DOOR SO IT COULDN'T BE CLOSED.
   208   INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 30 DAYS
         COMP:  LAW:   DS TIME SUSPENDED PENDING 180 DAYS OF CLEAR
                       CONDUCT.

---

REPORT NUMBER/STATUS.: 1408530 - SANCTIONED INCIDENT DATE/TIME: 12-03-2005 1130
DHO HEARING DATE/TIME: 12-12-2005 1115
FACL/CHAIRPERSON.....: YAM/GENNARO M
REPORT REMARKS.......: INMATE ADMITS TO THREATENING AND BECOMING INSOLENT WITH
                       STAFF.
   203   THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:  LAW:
   312   BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:  LAW:

---

REPORT NUMBER/STATUS.: 1385016 - SANCTIONED INCIDENT DATE/TIME: 09-23-2005 1345
DHO HEARING DATE/TIME: 10-12-2005 1415
FACL/CHAIRPERSON.....: YAM/GENNARO M
APPEAL CASE NUMBER(S): 392818
REPORT REMARKS.......: INMATE DENIED BREAKING OFF A SPRINKLER HEAD IN SHU WHICH
                       FLOODED HIS CELL - WANTED TO BE MOVED TO ANOTHER CELL.
   218   DESTROYING PROP OVER $100 - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:  LAW:
         LP COMM    / 500 DAYS / CS
         COMP:  LAW:   COMMISSARY RESTRICTION BEGINS ON 10-12-05 AND WILL
                       BE LIFTED WHEN RESTITUTION OF $32.00 IS PAID.
         MON REST   / 32.00 DOLLARS / CS
         COMP:  LAW:

G0002      MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *        INMATE DISCIPLINE DATA          *      08-30-2012
 PAGE 028 OF 028 *   CHRONOLOGICAL DISCIPLINARY RECORD      *      10:43:59


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-30-2012


---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1381419 - SANCTIONED INCIDENT DATE/TIME: 09-13-2005 1235
DHO HEARING DATE/TIME: 09-21-2005 1250
FACL/CHAIRPERSON.....: YAM/GENNARO M
REPORT REMARKS.......: INMATE ADMITS TO REFUSING TO CUFF-UP AND DEFECATING ON
                       THE FLOOR IN A HOLDING CELL IN SHU.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:    LAW:
    317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:    LAW:
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1367869 - SANCTIONED INCIDENT DATE/TIME: 08-03-2005 0024
DHO HEARING DATE/TIME: 08-05-2005 1030
FACL/CHAIRPERSON.....: YAM/GENNARO M
REPORT REMARKS.......: INMATE ADMITS TO THE CHARGE OF MASTURBATING IN FRONT OF
                       FEMALE STAFF.
    205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         DS          / 15 DAYS / CS
         COMP:    LAW:




    G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**Attachment C**

REGIONAL ADMINISTRATIVE REMEDY APPEAL
Part B - Response

Date Filed: February 12, 2010          Remedy ID No. 577096-R1

You appeal the DHO decision of January 21, 2010, for Possession
of a Dangerous Weapon (Code 104).  You request the incident
report be expunged.

Upon review, we are remanding the incident report to the
institution for further investigation.  If your behavior is
determined to warrant such action, you will receive written
notice of the charge(s), and will be afforded the opportunity
to be present at any subsequent rehearing.

Your appeal is granted to the extent set forth above.  If you are
not satisfied with this decision, you may appeal to the General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534, within 30 days of the date of this
response.

MAY - 5 2010
_____
Date

C. Eichenlaub
Regional Director
Mid-Atlantic Region

**Attachment D**

```
     LEWAJ  531.01  *              INMATE HISTORY              *      09-04-2012
PAGE 001         *                 ADM-REL                    *      13:35:10
```

```
REG NO..: 28711-034 NAME....: LANDOR, DAMON
CATEGORY: ARS      FUNCTION: PRT       FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEW | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-11-2010 1936 | CURRENT |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-11-2010 1936 | 05-11-2010 1936 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-11-2010 0833 | 05-11-2010 1936 |
| MCR | TRANSFER | TRANSFER | 05-11-2010 0833 | 05-11-2010 0833 |
| MCR | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-16-2009 1137 | 05-11-2010 0833 |
| P09 | RELEASE 12 | RELEASED FROM IN-TRANSIT, DEC | 12-16-2009 1137 | 12-16-2009 1137 |
| P09 | A-ADMIT 07 | ADMITTED TO IN-TRANSIT, JUL | 07-09-2009 0530 | 12-16-2009 1137 |
| 8-D | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-09-2009 0530 | 07-09-2009 0530 |
| 8-D | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-11-2009 1313 | 07-09-2009 0530 |
| MCR | FED WRIT | RELEASE ON FEDERAL WRIT | 03-11-2009 1313 | 12-16-2009 1137 |
| MCR | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-23-2008 1808 | 03-11-2009 1313 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-23-2008 1808 | 10-23-2008 1808 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-23-2008 0747 | 10-23-2008 1808 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 10-23-2008 0747 | 10-23-2008 0747 |
| ATL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 10-14-2008 1849 | 10-23-2008 0747 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-14-2008 1849 | 10-14-2008 1849 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-14-2008 1000 | 10-14-2008 1849 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 10-14-2008 0900 | 10-14-2008 0900 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 10-06-2008 1842 | 10-14-2008 0900 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-06-2008 1942 | 10-06-2008 1942 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-06-2008 0638 | 10-06-2008 1942 |
| LEW | TRANSFER | TRANSFER | 10-06-2008 0638 | 10-06-2008 0638 |
| LEW | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-28-2008 0951 | 10-06-2008 0638 |
| 5-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 02-28-2008 0951 | 02-28-2008 0951 |
| 5-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-28-2008 0903 | 02-28-2008 0951 |
| ALP | TRANSFER | TRANSFER | 02-28-2008 0903 | 02-28-2008 0903 |
| ALP | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-17-2007 1745 | 02-28-2008 0903 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-17-2007 1745 | 09-17-2007 1745 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-17-2007 0904 | 09-17-2007 1745 |
| CUM | HLD REMOVE | HOLDOVER REMOVED | 09-17-2007 0904 | 09-17-2007 0904 |
| CUM | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 09-12-2007 1420 | 09-17-2007 0904 |
| 7-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-12-2007 1420 | 09-12-2007 1420 |
| 7-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-12-2007 1232 | 09-12-2007 1420 |
| HAZ | TRANS SEG | TRANSFER-SEGREGATION | 09-12-2007 1232 | 09-17-2007 1745 |
| HAZ | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-22-2007 1900 | 09-12-2007 1232 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-22-2007 1900 | 05-22-2007 1900 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-22-2007 1100 | 05-22-2007 1900 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 05-22-2007 1000 | 05-22-2007 1000 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 05-21-2007 1715 | 05-22-2007 1000 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-21-2007 1815 | 05-21-2007 1815 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-21-2007 1442 | 05-21-2007 1815 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
      LEWAJ  531.01 *              INMATE HISTORY              *      09-04-2012
   PAGE 002        *                 ADM-REL                  *      13:35:10

   REG NO..: 28711-034 NAME....: LANDOR, DAMON
   CATEGORY: ARS      FUNCTION: PRT      FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                    START DATE/TIME  STOP  DATE/TIME
ATL   HLD REMOVE  HOLDOVER REMOVED               05-21-2007 1442  05-21-2007 1442
ATL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF  05-10-2007 1540  05-21-2007 1442
7-K   RELEASE     RELEASED FROM IN-TRANSIT FACL  05-10-2007 1540  05-10-2007 1540
7-K   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-10-2007 0710  05-10-2007 1540
LEE   TRANSFER    TRANSFER                       05-10-2007 0710  05-10-2007 0710
LEE   A-DES       DESIGNATED, AT ASSIGNED FACIL  04-03-2007 1215  05-10-2007 0710
B02   RELEASE     RELEASED FROM IN-TRANSIT FACL  04-03-2007 1215  04-03-2007 1215
B02   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-03-2007 0617  04-03-2007 1215
ATL   HLD REMOVE  HOLDOVER REMOVED               04-03-2007 0617  04-03-2007 0617
ATL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF  03-19-2007 1351  04-03-2007 0617
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-19-2007 1351  03-19-2007 1351
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-19-2007 0945  03-19-2007 1351
OKL   HLD REMOVE  HOLDOVER REMOVED               03-19-2007 0845  03-19-2007 0845
OKL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF  03-08-2007 1310  03-19-2007 0845
7-J   RELEASE     RELEASED FROM IN-TRANSIT FACL  03-08-2007 1410  03-08-2007 1410
7-J   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-08-2007 0531  03-08-2007 1410
POL   TRANSFER    TRANSFER                       03-08-2007 0431  03-08-2007 0431
POL   A-DES       DESIGNATED, AT ASSIGNED FACIL  04-20-2006 1116  03-08-2007 0431
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL  04-20-2006 1216  04-20-2006 1216
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-20-2006 0850  04-20-2006 1216
OKL   HLD REMOVE  HOLDOVER REMOVED               04-20-2006 0750  04-20-2006 0750
OKL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF  04-18-2006 1515  04-20-2006 0750
8-K   RELEASE     RELEASED FROM IN-TRANSIT FACL  04-18-2006 1615  04-18-2006 1615
8-K   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-18-2006 0608  04-18-2006 1615
YAM   TRANSFER    TRANSFER                       04-18-2006 0508  04-18-2006 0508
YAM   A-DES       DESIGNATED, AT ASSIGNED FACIL  08-22-2005 1133  04-18-2006 0508
6-Y   RELEASE     RELEASED FROM IN-TRANSIT FACL  08-22-2005 1233  08-22-2005 1233
6-Y   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-22-2005 1222  08-22-2005 1233
YAZ   TRANSFER    TRANSFER                       08-22-2005 1122  08-22-2005 1122
YAZ   A-DES       DESIGNATED, AT ASSIGNED FACIL  08-03-2005 0856  08-22-2005 1122
8-K   RELEASE     RELEASED FROM IN-TRANSIT FACL  08-03-2005 0956  08-03-2005 0956
8-K   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-03-2005 0914  08-03-2005 0956
YAM   TRANSFER    TRANSFER                       08-03-2005 0814  08-03-2005 0814
YAM   A-HLD       HOLDOVER, TEMPORARILY HOUSED   07-13-2005 1443  08-03-2005 0814
6-Y   RELEASE     RELEASED FROM IN-TRANSIT FACL  07-13-2005 1543  07-13-2005 1543
6-Y   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-13-2005 1357  07-13-2005 1543
YAZ   TRANSFER    TRANSFER                       07-13-2005 1257  07-13-2005 1257
YAZ   A-HLD       HOLDOVER, TEMPORARILY HOUSED   07-05-2005 1414  07-13-2005 1257
8-K   RELEASE     RELEASED FROM IN-TRANSIT FACL  07-05-2005 1514  07-05-2005 1514
8-K   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-05-2005 1427  07-05-2005 1514
YAM   TRANSFER    TRANSFER                       07-05-2005 1327  07-05-2005 1327


   G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ  531.01 *                INMATE HISTORY              *       09-04-2012
   PAGE 003 OF 003 *                ADM-REL                   *       13:35:10

   REG NO..: 28711-034 NAME....: LANDOR, DAMON
   CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
YAM    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-21-2005 1600 07-05-2005 1327
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-21-2005 1700 06-21-2005 1700
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-21-2005 0900 06-21-2005 1700
OKL    HLD REMOVE HOLDOVER REMOVED              06-21-2005 0800 06-21-2005 0800
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 06-14-2005 1515 06-21-2005 0800
B18    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-14-2005 1615 06-14-2005 1615
B18    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-14-2005 0612 06-14-2005 1615
BMM    TRANSFER   TRANSFER                      06-14-2005 0512 06-14-2005 0512
BMM    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-31-2004 1722 06-14-2005 0512
2-E    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-31-2004 1822 08-31-2004 1822
2-E    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-12-2004 1445 08-31-2004 1822
CSA    ADMIN REL  ADMINISTRATIVE RELEASE        08-12-2004 1345 08-12-2004 1345
CSA    A-ADMIN    ADMINISTRATIVE ADMISSION      08-12-2004 1251 08-12-2004 1345
2-E    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-12-2004 1351 08-12-2004 1351
2-E    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-09-2004 1600 08-12-2004 1351
CSA    ADMIN REL  ADMINISTRATIVE RELEASE        08-09-2004 1500 08-09-2004 1500
CSA    A-ADMIN    ADMINISTRATIVE ADMISSION      08-09-2004 1458 08-09-2004 1500


   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**Attachment E**

Inmate request to                                   Dated
                                                    August 6, 2010

D.H.O Chamber

Damon Landor
28711-034
D=Block
Cell- 214              D.H.O. Chamber
                  This is my 3rd request to you.
                  You never saw me on the incident report # 1818253
It was remanded back to me from the Mid-Atlantic Region from C.Eichenlaub
Remedy ID No 577096-R1 It was a Possession of a dangerous weapon (code 104)
I beat the charge at a outside court room in Kentucky. Do to my
outstanding legal performance# However, the warden say you was gonna rehear
the shot again, If you do not want to hear if, can you give me
a letterhead so I can forward my paper work to Dc.

                                        Thank you!

            I have the whole DHO package.


                              Respectfully Submitted

                              Mr. Damon Landor
                                   8/6/2010

## Cop Out

August 30, 2010

Damon Landor
28711-034
D-Block
213 Cell                    DoHoO
                    Chamber

    I have a incident report that was remanded back to me from the Mid Atlantic region Remedy ID 577096-R1 this incident happen at USP McCeeary, Incident report #1818253 the Warden stated to me that you was hear the shot here at the SMU program, I have my DoHoOo package and everything I Need to have this incident report dismissed. Can you please give me a time and date or can I appeal my decision to cental office. I have a copy of the warden Statement.

        Please respond back

          Thank you

          Damon Landor

**Attachment F**

**From:**    Marcy Inch
**To:**     Littlejohn, Kevin J.
**Date:**   8/31/2010 11:27 AM
**Subject:**   RE: 577096-R1

Inmate Landor #28711-034 regularly corresponds with the DHO Office at USP, Lewisburg regarding the status of his remand from USP, McCreary. It is our understanding that there is no DHO at USP, McCreary for us to contact regarding this case. The documentation you forwarded indicates the I/R was to be rewritten by staff at USP, McCreary. Please advise us of the status so that we may inform the inmate.

>>> Kevin J. Littlejohn 7/22/2010 4:05 PM >>>
Here is the file that would have been mailed to Warden's Office. It is for staff view only....

Kevin J. Littlejohn
U.S. Department of Justice
Federal Bureau of Prisons
Administrative Remedies
Paralegal Specialist
Mid-Atlantic Regional Office
(301)317-3125
Klittlejohn@bop.gov

# Attachment G

DISCIPLINE HEARING OFFICER REPORT
U.S. DEPARTMENT OF JUSTICE

BP-S305.052 MAY 94
FEDERAL BUREAU OF PRISONS

| INSTITUTION | USP Lewisburg | INCIDENT REPORT NUMBER | | 1818253 |
|---|---|---|---|---|
| INMATE NAME | Landor, Damon | REG NO. | 28711-034   UNIT | B-Block |
| DATE OF INCIDENT | 01-06-2009 | DATE OF INCIDENT REPORT | | 01-06-2009 |
| OFFENSE CODE(S) | 104 | | | |
| SUMMARY OF CHARGES | Possession of a Weapon | | | |

**I.   NOTICE OF CHARGE(S)**

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on

(date)  12-07-2010   at (time)  6:00 pm  (by staff member)   R. Marr, Act., Lt.

B. The DHO Hearing was held on (date)   03-23-2011   at (time)   09:45 am

C. The inmate was advised of his/her rights before the DHO by (staff member):

M. Edinger, Counselor   on (date)   12-08-2010   and a copy

of the advisement of rights form is attached.

**II.   STAFF REPRESENTATIVE**

| A. Inmate waived right to staff representative. | Yes: | XX | No: | |
|---|---|---|---|---|

B. Inmate requested staff representative and          N/A          appeared.

c. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result

that:  N/A

| D. Staff representative | N/A | was appointed. |
|---|---|---|

E. Staff representative statement: N/A

**III.   PRESENTATION OF EVIDENCE**

| A. Inmate admits | Admits | X | denies the charge. |
|---|---|---|---|

B. Summary of inmate statement: Inmate Landor indicated he understood his rights and was ready to proceed with the hearing.   Inmate Landor produced a picture of a homemade manufactured weapon that was approximately 6 inches long. Inmate Landor testified, "The weapon was 8 inches long not 6 inches.  I was just put in the cell 3 days prior to the incident.  I never received A&O before the shot.  My property was not in my locker.  The officer didn't produce the pants as evidence, they didn't even take a picture of the pants.  The Lady who wrote the shot is lying.  She violated my rights."  Inmate Landor made no complaints of procedural errors during the hearing.

C. Witness(es): N/A

| 1. The inmate requested witness(es). | Yes: | | No: | XX | |
|---|---|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.)     N/A

3. The following persons requested were not called for the reason(s) given. N/A

| 4. Unavailable witnesses were requested to submit written | Yes | | No | | N/A | X |
|---|---|---|---|---|---|---|

DISCIPLINE HEARING OFFICER REPORT
U.S. DEPARTMENT OF JUSTICE

BP-S305.052  MAY 94
FEDERAL BUREAU OF PRISONS

statements and those statements received were considered.

D. Documentary Evidence: In addition to the Incident Report, and Investigation, the DHO considered the following documents:

N/A

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:

N/A

IV. FINDINGS OF THE DHO

| X | A. The act was committed as charged. | |
|---|---|---|
| | B. The following act was committed: | |
| | C. No prohibited act was committed: Expunge according to Inmate Discipline PS. | |

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)

Your due process rights were read and reviewed with you by the DHO at the time of the hearing. You stated you understood your rights, had no documentary evidence to present, did not require a staff representative and requested no witnesses.

The DHO finds you committed the prohibited act of Possession of a Weapon, Code 104. The DHO bases this finding on the eyewitness account of M. Morgan, T&A Clerk, who stated, "I conducted a routine search of cell 105 in unit 6B which is assign to inmate Landor Reg. No. 28711-034 and inmate Parks Reg. No. 09550-007. During the search of the lower locker that is assigned to inmate Landor I discovered a homemade manufactured weapon. The weapon was sharpened at one end to a point with a cloth handle and a lanyard, approximately 6 inches in length. That was concealed inside the crotch area of a pair of khaki trousers. Landor's name and reg. Number was affixed to the trousers that the homemade manufactured weapon was concealed in. Inmate confessed to Lieutenant Hardin that the homemade manufactured weapon was his."

During the investigation you did not have a comment. During the UDC hearing you stated, "No comment."

You denied the charge, and presented as your defense, "The weapon was 8 inches long not 6 inches. I was just put in the cell 3 days prior to the incident. I never received A&O before the shot. My property was not in my locker. The officer didn't produce the pants as evidence; they didn't even take a picture of the pants. The Lady who wrote the shot is lying. She violated my rights."

You stated you had not yet received Institution A&O. Therefore, implying you was not aware of the prohibited acts at USP McCreary. However, upon your arrival at USP McCreary you received a copy of the Admissions and Orientation Booklet. This booklet discusses the prohibited acts and the disciplinary severity scale. You stated you were only in the cell for three days prior to the incident. Upon further investigation it was shown that you were in cell 105 in unit 6B for five days. You also produced a picture of a manufactured weapon that was 8 inches long which would contradict the incident report if the DHO had the same picture. This DHO did not have a picture of the weapon. Therefore, the picture you have cannot be used to discredit the incident report.

Based on M. Morgan's statement that she discovered a homemade manufactured weapon which was approximately 6 inches in length and was sharpened to a point with a cloth handle and a lanyard in a pair of your pants, which had your name and register number affixed to them. M. Morgan

DISCIPLINE HEARING OFFICER REPORT                    BP-S305.052 MAY 94
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

also stated, you confessed to Lieutenant Hardin that the homemade manufactured weapon was yours.   Therefore, the DHO finds you committed the prohibited act of Possession of a Dangerous Weapon, Code 104

VI. SANCTION OR ACTION TAKEN

Code:104

Disallow Good Conduct Time: 40 Days.
Disciplinary Segregation: 30 Days.
Loss of Visitation Privilege: 180 days.
Disciplinary Transfer.

VII. REASON FOR SANCTION OR ACTION TAKEN

The action/behavior on the part of any inmate to possess, manufacture or introduce any type of weapon, firearm, or explosive capable of inflicting serious injury to another person, whether another inmate or staff member, threatens the health, safety, and welfare of not only the inmate involved, but that of all other inmates and staff. In the past, this type of action/behavior has been shown to result in serious injuries, even death, and the serious loss of property.   The sanctions imposed by the DHO were taken to let the inmate know that he and he alone, will be held responsible for his actions/behavior at all times.

The sanctions against the visitation privilege for this charge were due to the particular act.   Because Possessing a Dangerous Weapon at any institution possesses an elevated security risk, it is felt that additional sanctions are necessary.   These sanctions are used to both deter future behavior of this type, and to impress the understanding that this behavior is seen as serious at this institution.   It is felt these particular sanctions will have this effect.

VIII. APPEAL RIGHTS: The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action.   The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure.   A copy of this report has been given to the inmate.

| | Yes | XX | No | | |
|---|---|---|---|---|---|

IX. DISCIPLINE HEARING OFFICER

| Printed Name of DHO | Signature of DHO | Date |
|---|---|---|
| D. Brewer | | 3-27-11 |
| Report delivered to inmate: | SIGNATURE  M. Snich | DATE  3/30/11 |

(This form may be replicated in WP) Replaces BP-304(52) of JAN 88

*1818 253*

BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

1. Name of Institution: USP McCreary County

Part I.- Incident Report

| 2. Name of Inmate<br>Landor, Damon | 3. Register Number<br>28711-034 | 4. Date of Incident.<br>January 6, 2009 | 5. Time<br>9:15 a.m. |
|---|---|---|---|
| 6. Place of Incident<br>105 | 7. Assignment<br>Unassign | 8. Unit<br>6B | |

9. Incident: 104 Possession, manufacture, or introduction of a weapon, dangerous chemical, explosive or any ammunition

10. Code: ~~222~~ 104

11. Description of Incident (Date: 1/06/2009     Time: 9:15 a.m.     Staff become aware of incident

This is a rewrite of an incident report previously written on 1/6/2009. At approximately 9:15 a.m. on January 6,2009, I conducted a routine cell search of cell 105 in Unit 6B which is assign to inmate Landor Reg. No. 28711-034 and inmate Parks Reg. No. 09550-007. During the search of the lower locker that is assigned to inmate Landor I discovered a homemade manufactured weapon. The weapon was sharpened at one end to a point with a cloth handle and a lanyard, approximately 6 inches in length. That was concealed inside the crotch area of a pair of khaki trousers. Landor's a name and reg. Number was affixed to the trousers that the homemade manufactured weapon was concealed on. Compound and Activities was notified. Inmate confessed to Lieutenant Hardin that the homemade manufactured weapon was his. 400.

| 12. Signature of Reporting Employee | Date and Time<br>12/7/2010<br>13:00 hours | 13. Name and Title (Printed)<br>M. Morgan/T&A Clerk |
|---|---|---|
| 14. Incident Report delivered to above inmate by<br>R. Mon | 15. Date Incident<br>Report Delivered<br>12-7-10 | 16.time Incident<br>Report Delivered<br>1800 |

Part II - Committee Action

17. Comments of inmate to Committee regarding above incident

*See attached*

| 18. A. It is the finding of the Committee that you:<br>_____ Committed the following Prohibited Act.<br><br>_____ Did not commit a Prohibited Act. | B. _____ The Committee is referring the charge(s) to the DHO for further hearing.<br>C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 15 calendar days. |
|---|---|

19. Committee Decision Is Based On The Following Information

#28711-034, Landor, Damon                          I/R # 1818253

## Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident-

The inmate stated "no comment" to the UDC.

18. A. It Is The Finding Of The Committee That You:
___XX___ Committed The Following Prohibited Act 104
_____ Did Not Commit A Prohibited Act.

B. _____ The Committee Is Referring The Charge(s) To The DHO For Further
Hearing.
C. __XX__ The Committee Advised The Inmate Of Its Finding And Of The Right To
File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information -

Based upon the written account of the reporting staff member that the inmate
did commit the prohibited acts.

20. Committee action and/or recommendation if referred to DHO (Contingent upon
DHO finding inmate committed prohibited act)

Refer to the D.H.O. for further hearing. Recommend appropriate sanctions not
available to the U.D.C.

21. Date And Time Of Action 12-08-2010 / 1252               (The UDC Chairman's
Signature Next To His Name Certifies Who Sat On The UDC And That The
Completed Report Accurately Reflects The UDC Proceedings.)

M. Edinger/ _M. Edinger_              B. Aderhold
Chairman (Typed Name/signature)       Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC
Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)
Replaces BP-288(52) Of Jan 88

| Part III — Investigation | 22. Date And Time Investigation Began<br>12-07-2010 1745 |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You Are Advised Of Your Right To Remain Silent At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary Process. You Are Also Informed That Your Silence Alone May Not Be Used To Support A Finding That You Have Committed A Prohibited Act.

The Inmate Was Advised Of The Above Right By Robert Marr At (Date/time) 12-07-2010
1748

24. Inmate Statement And Attitude

Inmate was advised of his rights and given a copy of the report.
Inmate made no comment.
Inmates attitude was poor.

25. Other Facts About The Incident, Statements Of Those Persons Present At Scene, Disposition Of Evidence, Etc.

The inmate did not request a staff rep or any witnesses.

26. Investigator's Comments And Conclusions

Based on the information in section 11 by the reporting officer, I find this report justified and warranted.

27. Action Taken

This report is being referred to the unit team pending UDC action.

Date And Time Investigation Completed 12-07-2010 1750
Printed Name/signature Of Investigator

Robert Marr   R. Marr                         Acting Lt.
   Signature                                      Title

BP-S294.052   NOTICE OF DISCIPLINE HEARING BEFORE THE (DHO)   CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

USP LEWISBURG
_____
Institution

_____
Date

| TO: Landor, Damon | Reg. No: 28711-034 |

ALLEGED VIOLATION(S): Possessing a Dangerous Weapon

| DATE OF OFFENSE:12-06-2010 | Code No.:104 |

You are being referred to the DHO for the above charge(s).

The hearing will be held on:      ASAP         at _____ (A.M./P.M.) at the following location:

You are entitled to have a full-time staff member represent you at the hearing.  Please indicate below
whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) __X__ wish to have a staff representative.

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your
behalf; provided, calling your witnesses will not jeopardize institutional safety.  Names of witnesses you
wish to call should be listed below.  Briefly state to what each proposed witness would be able to testify.

I (do) _____ (do not) __X__ wish to have witnesses.

| NAME: | Can Testify to: |
| | |

| NAME: | Can Testify to: |
| | |

| NAME: | Can Testify to: |
| | |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available,
and who are determined by the DHO to have information relevant to the charge(s).  Repetitive witnesses and
repetitive character references need not be called.  Unavailable witnesses may be asked to submit written
statements.

If additional space is needed, use the reverse side of this form.  Date, sign, and return this form to the
DHO.

DATE: 12/8/2010    SIGNATURE: & inmate refused to sign

Notice of hearing before DHO given inmate   10/8/10   by  M. Edinger / M. Edinger
                                          Date/Time           Staff Printed Name/Signature

(This form may be replicated via WP)        1053         Replaces BP-294(52) of JAN 88

BP293.052   INMATE RIGHTS AT DISCIPLINE HEARING   CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS
Institution: USP, LEWISBURG
As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing
Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before
the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to represent you before the
Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present
documentary evidence in your behalf, provided institutional safety would not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse
inference against you. However, your silence alone may not be used to support a finding that you committed
a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of deliberation or when
institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have
witnesses and a staff representative appear on your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision, except where
institutional safety would be jeopardized, and the DHO's disposition in writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the
Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline
Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective
parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in
a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: Landor, Damon _____   Reg. No.: #28711-034 _____

Inmate Signature: x _inmate refused to sign_ Date: _12/8/10_

Notice of rights given to inmate(Date/Time): _12/8/10   1252_

by: M. Edinger/ _M. Edinger_
               Staff Printed Name/Signature

---

## Inmate Rights At Discipline Hearing

### Institution: USP, LEWISBURG

**Where an inmate has been advised of the rights afforded at a hearing before the DHO,
but refuses to sign the acknowledgement, the following should be completed.**

I have personally advised (Inmate's Name/Register No.): Landor, Damon        #28711-034

of the above rights afforded at a discipline hearing before the DHO; however the inmate has refused to
sign the acknowledgment.

Signed: _M. Edin_ _____

Staff Typed or Printed Name: _M. Edinger_ _____

Date: _12/8/10_ _____

### WAIVER OF 24 HOUR NOTICE

I have been advised that I have the right to have a written copy of the charge(s) against me at least 24
hours prior to appearing before the DHO. I wish to waive this right and proceed with the DHO hearing at
this time.

Signed: _____

Typed or Printed Name: _____

Register Number: _____

Date: _____ Time: _____

Witnessed by: _____
               (Staff Printed Name/Signature

1

**Attachment H**

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 001 OF                                                          13:59:19
       FUNCTION: L-P SCOPE: REG    EQ 28711-034    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____  ____      ____      ____      ____      ____
      PERSON: _____  ____      ____      ____      ____      ____
        TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____  _____  _____  _____  _____  _____
RCV QTR..: EQ _____  _____  _____  _____  _____  _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____  _____  _____  _____  _____  _____
ORIG QTR.: EQ _____  _____  _____  _____  _____  _____
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: BMM
REMEDY ID: 374128-F1      SUB1: 15BM SUB2:       DATE RCV:   04-26-2005
UNT  RCV..:Q           QTR RCV.: Q01-317L        FACL RCV: BMM
UNT  ORG..:Q           QTR ORG.: Q01-317L        FACL ORG: BMM
EVT FACL.: BMM    ACC LEV: BMM  1                    RESP DUE:  MON 05-16-2005
ABSTRACT.: CLAIMS DENIED PARTICIPATION IN THE COMMON FARE PGM
STATUS DT: 05-04-2005  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 04-26-2005
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: SER
REMEDY ID: 392244-R1      SUB1: 20DS SUB2:       DATE RCV:   10-19-2005
UNT  RCV..:ECHO 1      QTR RCV.: Z01-109LAD      FACL RCV: YAM
UNT  ORG..:ECHO 1      QTR ORG.: Z01-109LAD      FACL ORG: YAM
EVT FACL.: YAM    ACC LEV:                           RESP DUE:
ABSTRACT.: APPEALS DHO FINDINGS
STATUS DT: 10-19-2005  STATUS CODE: REJ STATUS REASON: DHO RSR
INCRPTNO.:            RCT:  EXT:   DATE ENTD: 10-19-2005
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .

```
 LEWAJ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 003 OF       *           FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: SER
REMEDY ID: 392818-R1       SUB1: 20DS SUB2:   DATE RCV:  10-24-2005
UNT  RCV..:ECHO 1       QTR RCV.: Z01-109LAD  FACL RCV: YAM
UNT  ORG..:ECHO 1       QTR ORG.: Z01-109LAD  FACL ORG: YAM
EVT FACL.: YAM   ACC LEV: SER 1                RESP DUE:  WED  11-23-2005
ABSTRACT.: APPEALS DHO FINDINGS
STATUS DT: 11-10-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1385016   RCT: P EXT:   DATE ENTD: 10-25-2005
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: YAM
REMEDY ID: 394397-F1       SUB1: 34DM SUB2:   DATE RCV:  11-07-2005
UNT  RCV..:ECHO 1       QTR RCV.: Z03-141LDS  FACL RCV: YAM
UNT  ORG..:ECHO 1       QTR ORG.: Z03-141LDS  FACL ORG: YAM
EVT FACL.: YAM   ACC LEV: YAM 1                RESP DUE:  SUN  11-27-2005
ABSTRACT.: ALLEGES ASSAULT BY LIEUTENANT
STATUS DT: 11-21-2005  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-08-2005
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: SER
REMEDY ID: 400654-R1        SUB1: 20DM SUB2:     DATE RCV:   01-13-2006
UNT  RCV..:ECHO 1          QTR RCV.: Z04-206LAD  FACL RCV: YAM
UNT  ORG..:ECHO 1          QTR ORG.: Z04-206LAD  FACL ORG: YAM
EVT FACL.: YAZ    ACC LEV:                         RESP DUE:
ABSTRACT.: APPEALS DHO FINDINGS
STATUS DT: 01-17-2006  STATUS CODE: REJ STATUS REASON: SIG CPG RSR
INCRPTNO.: 1408530   RCT:  EXT:   DATE ENTD: 01-17-2006
REMARKS..:
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: POL
REMEDY ID: 437895-F1        SUB1: 25DM SUB2: 34AM DATE RCV:   12-28-2006
UNT  RCV..:C              QTR RCV.: C04-415U     FACL RCV: POL
UNT  ORG..:C              QTR ORG.: C04-415U     FACL ORG: POL
EVT FACL.: POL   ACC LEV:  POL 1                 RESP DUE:  WED  01-17-2007
ABSTRACT.: TENNIS SHOES MISSING, OFF UNPROF WHEN ENQUIRED
STATUS DT: 01-08-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-28-2006
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 005 OF        *        FULL SCREEN FORMAT          *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: SCR
REMEDY ID: 444248-R1      SUB1: 20DM SUB2:     DATE RCV:   02-23-2007
UNT  RCV..:C            QTR RCV.: Z01-121UAD   FACL RCV: POL
UNT  ORG..:C            QTR ORG.: Z01-121UAD   FACL ORG: POL
EVT FACL.: POL   ACC LEV: NER  4                   RESP DUE:
ABSTRACT.: DHO HRNG 02-05-07, CODE 104
STATUS DT: 02-23-2007  STATUS CODE: REJ STATUS REASON: SIG QUA RSA OTH
INCRPTNO.:            RCT:  EXT:   DATE ENTD: 03-01-2007
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF....: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: SCR
REMEDY ID: 444248-R2      SUB1: 20DM SUB2:     DATE RCV:   04-19-2007
UNT  RCV..:H            QTR RCV.: H01-318L     FACL RCV: LEE
UNT  ORG..:C            QTR ORG.: Z01-121UAD   FACL ORG: POL
EVT FACL.: POL   ACC LEV: NER  4                   RESP DUE:
ABSTRACT.: DHO HRNG 02-05-07, CODE 104
STATUS DT: 04-19-2007  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.: 1560388  RCT:  EXT:   DATE ENTD: 04-25-2007
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: MXR
REMEDY ID: 444248-R3      SUB1: 20DM SUB2:       DATE RCV:   06-08-2007
UNT  RCV..:D           QTR RCV.: D01-104L        FACL RCV: HAZ
UNT  ORG..:C           QTR ORG.: Z01-121UAD      FACL ORG: POL
EVT FACL.: POL    ACC LEV:  NER  4                   RESP DUE:
ABSTRACT.: DHO HRNG 02-05-07, CODE 104
STATUS DT: 06-08-2007  STATUS CODE: REJ STATUS REASON: DHO OTH
INCRPTNO.: 1560388   RCT:  EXT:   DATE ENTD: 06-15-2007
REMARKS..:
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF....: LEW UNT/LOC/DST: B-BLOCK             QTR.: B01-103U   RCV OFC: HAZ
REMEDY ID: 461351-F1      SUB1: 34AM SUB2:       DATE RCV:   08-01-2007
UNT  RCV..:D           QTR RCV.: Z01-112LDS      FACL RCV: HAZ
UNT  ORG..:D           QTR ORG.: Z01-112LDS      FACL ORG: HAZ
EVT FACL.: HAZ  · ACC LEV:  HAZ  1 NER  2      · RESP DUE:  TUE  08-21-2007
ABSTRACT.: BEING TRNSFER WHITE POWER PAY BACK
STATUS DT: 08-09-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 08-01-2007
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```