```
LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 007 OF      *          FULL SCREEN FORMAT              *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: MXR
REMEDY ID: 463190-R1        SUB1: 20DM SUB2:      DATE RCV:   08-15-2007
UNT  RCV..:D              QTR RCV.: Z01-106LDS    FACL RCV: HAZ
UNT  ORG..:D              QTR ORG.: Z01-106LDS    FACL ORG: HAZ
EVT FACL.: POL     ACC LEV:  NER  2                  RESP DUE:
ABSTRACT.: DHO APPEAL; 208; 03-07-2007
STATUS DT: 08-15-2007  STATUS CODE: REJ STATUS REASON: RSR OTH
INCRPTNO.: 1573781   RCT:   EXT:   DATE ENTD: 08-16-2007
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: ALP
REMEDY ID: 470334-F1        SUB1: 34AS SUB2:      DATE RCV:   10-18-2007
UNT  RCV..:III           QTR RCV.: Z08-202UDS    FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z08-202UDS    FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  ALP  1 NER  2         RESP DUE:  TUE  11-27-2007
ABSTRACT.: UNPROFES, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STF
STATUS DT: 11-15-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 10-19-2007
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: ALP
REMEDY ID: 470335-F1      SUB1: 34AS SUB2:       DATE RCV:   10-18-2007
UNT  RCV..:III           QTR RCV.: Z08-202UDS    FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z08-202UDS    FACL ORG: ALP
EVT FACL.: ALP     ACC LEV: ALP  1 NER  1          RESP DUE:  WED  11-07-2007
ABSTRACT.: UNPROFES, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STF
STATUS DT: 11-05-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 10-19-2007
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: ALP
REMEDY ID: 473210-F1      SUB1: 34AS SUB2:       DATE RCV:   11-16-2007
UNT  RCV..:III           QTR RCV.: Z04-201UDS    FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z04-201UDS    FACL ORG: ALP
EVT FACL.: ALP     ACC LEV: ALP  1 NER  1 BOP  1  RESP DUE:  THU  12-06-2007
ABSTRACT.: ALLEGED STAFF MISCONDUCT
STATUS DT: 11-26-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 11-16-2007
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

```
    LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 009 OF     *           FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 473720-R1       SUB1: 20DM SUB2:    DATE RCV:   11-16-2007
UNT  RCV..:III            QTR RCV.: Z04-201UDS  FACL RCV: ALP
UNT  ORG..:III            QTR ORG.: Z04-201UDS  FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: NER  2                RESP DUE:
ABSTRACT.: APPEALS IR# 1662234, CODE 306
STATUS DT: 11-21-2007  STATUS CODE: REJ STATUS REASON: CPG ATT RSR
INCRPTNO.: 1662234   RCT:  EXT:   DATE ENTD: 11-21-2007
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 473684-R1       SUB1: 20BM SUB2: 20AM DATE RCV:   11-19-2007
UNT  RCV..:III            QTR RCV.: Z04-201UDS  FACL RCV: ALP
UNT  ORG..:III            QTR ORG.: Z04-201UDS  FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: NER  2                RESP DUE:
ABSTRACT.: APPEALS 10/15/07 DHO FOR CODE 312
STATUS DT: 11-21-2007  STATUS CODE: REJ STATUS REASON: CPG RSR
INCRPTNO.: 1647225   RCT:  EXT:   DATE ENTD: 11-21-2007
REMARKS..:




    G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 010 OF       *            FULL SCREEN FORMAT            *        13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 470335-R1       SUB1: 34AS SUB2:      DATE RCV:   11-19-2007
UNT  RCV..:III            QTR RCV.: Z04-201UDS   FACL RCV: ALP
UNT  ORG..:III            QTR ORG.: Z08-202UDS   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  ALP  1 NER  1          RESP DUE:  WED  12-19-2007
ABSTRACT.: UNPROFES, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STF
STATUS DT: 12-17-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-21-2007
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 474135-R1       SUB1: 20DS SUB2:      DATE RCV:   11-23-2007
UNT  RCV..:III            QTR RCV.: Z04-201UDS   FACL RCV: ALP
UNT  ORG..:III            QTR ORG.: Z04-201UDS   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  NER  1                RESP DUE:  SUN  12-23-2007
ABSTRACT.: APPEALS 11-09-07 DHO HEARING, CODE 218
STATUS DT: 12-19-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1663309   RCT: P EXT:   DATE ENTD: 11-28-2007
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 474155-R1      SUB1: 20DS SUB2:   DATE RCV:   11-23-2007
UNT  RCV..:III           QTR RCV.: Z04-201UDS   FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z04-201UDS   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  NER  2                RESP DUE:
ABSTRACT.: APPEALS 11-09-07 DHO HEARING, CODES 205 & 300
STATUS DT: 11-28-2007   STATUS CODE: REJ STATUS REASON: QUA OTH RSR
INCRPTNO.: 1663310   RCT:   EXT:   DATE ENTD: 11-28-2007
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF....: LEW UNT/LOC/DST: B-BLOCK          QTR..: B01-103U   RCV OFC: MXR
REMEDY ID: 461351-R1      SUB1: 34AM SUB2: 20DM DATE RCV:   11-23-2007
UNT  RCV..:III           QTR RCV.: Z04-201UDS   FACL RCV: ALP
UNT  ORG..:D             QTR ORG.: Z01-112LDS   FACL ORG: HAZ
EVT FACL.: HAZ   ACC LEV:  HAZ  1 NER  2          RESP DUE:
ABSTRACT.: ALLEGES STAFF NEGLIGENCE; DHO APPEAL; 104; 08-15-07
STATUS DT: 11-23-2007   STATUS CODE: REJ STATUS REASON: DHO DHR WRL OTH
INCRPTNO.: 1619297   RCT:   EXT:   DATE ENTD: 12-11-2007
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
PAGE 012 OF        *          FULL SCREEN FORMAT            *    13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 474136-R1     SUB1: 20DS SUB2:      DATE RCV:  11-26-2007
UNT  RCV..:III          QTR RCV.: Z04-203UDS   FACL RCV: ALP
UNT  ORG..:III          QTR ORG.: Z04-203UDS   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  NER  1                 RESP DUE:  WED  12-26-2007
ABSTRACT.: APPEALS 11-09-07 DHO HEARING, CODE 218
STATUS DT: 12-26-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1661885   RCT: P EXT:   DATE ENTD: 11-28-2007
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 463190-R2     SUB1: 20DM SUB2:      DATE RCV:  11-29-2007
UNT  RCV..:III          QTR RCV.: Z04-203UDS   FACL RCV: ALP
UNT  ORG..:D            QTR ORG.: Z01-106LDS   FACL ORG: HAZ
EVT FACL.: POL    ACC LEV:  NER  2                 RESP DUE:  SAT  12-29-2007
ABSTRACT.: DHO APPEAL; 208; 03-07-2007
STATUS DT: 12-27-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1573781   RCT: P EXT:   DATE ENTD: 12-03-2007
REMARKS..:












G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 470334-R1      SUB1: 34AS SUB2:       DATE RCV:   11-30-2007
UNT  RCV..:III           QTR RCV.: Z04-203UDS    FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z08-202UDS    FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP  1 NER  2             RESP DUE:
ABSTRACT.: UNPROFES, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STF
STATUS DT: 12-04-2007  STATUS CODE: REJ STATUS REASON: IRQ FRM RSR
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 12-04-2007
REMARKS..:
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF....: LEW UNT/LOC/DST: B-BLOCK             QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 473684-R2      SUB1: 20BM SUB2: 20AM DATE RCV:   11-30-2007
UNT  RCV..:III           QTR RCV.: Z04-203UDS    FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z04-201UDS    FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: NER  2                    RESP DUE:  SUN  12-30-2007
ABSTRACT.: APPEALS 10/15/07 DHO FOR CODE 312
STATUS DT: 12-27-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1647225  RCT: P EXT:   DATE ENTD: 12-04-2007
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 014 OF      *          FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 473720-R2       SUB1: 20DM SUB2:      DATE RCV:   11-30-2007
UNT  RCV..:III          QTR RCV.: Z04-201UDS     FACL RCV: ALP
UNT  ORG..:III          QTR ORG.: Z04-201UDS     FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: NER 2                 RESP DUE:  SUN  12-30-2007
ABSTRACT.: APPEALS 11-09-07 DHO HEARING, CODE 306
STATUS DT: 12-28-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1662234   RCT: P EXT:  DATE ENTD: 12-04-2007
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 444248-R4       SUB1: 20DM SUB2:      DATE RCV:   12-10-2007
UNT  RCV..:III          QTR RCV.: Z04-203UDS     FACL RCV: ALP
UNT  ORG..:C            QTR ORG.: Z01-121UAD     FACL ORG: POL
EVT FACL.: POL    ACC LEV: NER 4                 RESP DUE:  WED  01-09-2008
ABSTRACT.: APPEALS 02-05-07 DHO HEARING, CODE 104
STATUS DT: 01-07-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1560388   RCT: P EXT:  DATE ENTD: 12-11-2007
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 474155-R2      SUB1: 20DS SUB2:      DATE RCV:   12-10-2007
UNT  RCV..:III            QTR RCV.: Z04-203UDS   FACL RCV: ALP
UNT  ORG..:III            QTR ORG.: Z04-201UDS   FACL ORG: ALP
EVT FACL.: ALP   ACC LEV: NER 2              RESP DUE:  WED  01-09-2008
ABSTRACT.: APPEALS 11-09-07 DHO HEARING, CODES 205 & 300
STATUS DT: 01-07-2008   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1663310   RCT: P EXT:   DATE ENTD: 12-11-2007
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF....: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 473210-R1      SUB1: 34AS SUB2:      DATE RCV:   12-12-2007
UNT  RCV..:III            QTR RCV.: Z04-203UDS   FACL RCV: ALP
UNT  ORG..:III            QTR ORG.: Z04-201UDS   FACL ORG: ALP
EVT FACL.: ALP   ACC LEV: ALP 1 NER 1 BOP 1  RESP DUE: FRI  01-11-2008
ABSTRACT.: ALLEGED STAFF MISCONDUCT
STATUS DT: 01-10-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-13-2007
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 461351-R2    ·  SUB1: 34AM SUB2: 20DM DATE RCV:    12-17-2007
UNT  RCV..:III           QTR RCV.: Z06-101LDS    FACL RCV: ALP
UNT  ORG..:D             QTR ORG.: Z01-112LDS    FACL ORG: HAZ
EVT FACL.: HAZ    ACC LEV:  HAZ  1 NER  2          RESP DUE:  WED  01-16-2008
ABSTRACT.: STAFF COMPLAINT & DHO APPEAL; 104; 08-15-07
STATUS DT: 01-16-2008   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1619297   RCT: P EXT:   DATE ENTD: 12-18-2007
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 470334-R2       SUB1: 34AS SUB2:      DATE RCV:    01-02-2008
UNT  RCV..:III           QTR RCV.: Z08-203UDS    FACL RCV: ALP
UNT  ORG..:III           QTR ORG.: Z08-202UDS    FACL ORG: ALP
EVT FACL.: ALP   ACC LEV:  ALP  1 NER  2          RESP DUE:  FRI  02-01-2008
ABSTRACT.: UNPROFES, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STF
STATUS DT: 01-30-2008   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-14-2008
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
PAGE 017 OF      *            FULL SCREEN FORMAT          *       13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 473210-A1      SUB1: 34AS SUB2:       DATE RCV:   02-04-2008
UNT  RCV..:III          QTR RCV.: Z08-206UDS     FACL RCV: ALP
UNT  ORG..:III          QTR ORG.: Z04-201UDS     FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP  1 NER  1 BOP  1  RESP DUE:  FRI  04-04-2008
ABSTRACT.: ALLEGED STAFF MISCONDUCT
STATUS DT: 03-28-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-07-2008
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 473720-A1      SUB1: 20DM SUB2:       DATE RCV:   02-20-2008
UNT  RCV..:III          QTR RCV.: Z06-101LDS     FACL RCV: ALP
UNT  ORG..:III          QTR ORG.: Z04-201UDS     FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: NER  2               RESP DUE:
ABSTRACT.: APPEALS 11-09-07 DHO HEARING, CODE 306
STATUS DT: 02-26-2008  STATUS CODE: REJ STATUS REASON: UTA
INCRPTNO.: 1662234   RCT:   EXT:   DATE ENTD: 02-26-2008
REMARKS..:




    G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
    PAGE 018 OF      *           FULL SCREEN FORMAT            *      13:59:19


    REGNO: 28711-034 NAME: LANDOR, DAMON
    RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
    REMEDY ID: 501010-R1       SUB1: 12ZS SUB2: 34AS DATE RCV:   07-02-2008
    UNT  RCV..:UNIT 2        QTR RCV.: Z01-001LAD    FACL RCV: LEW
    UNT  ORG..:UNIT 2        QTR ORG.: Z01-001LAD    FACL ORG: LEW
    EVT FACL.: LEW    ACC LEV: LEW 1                 RESP DUE:
    ABSTRACT.: ALLEGES STAFF VERBAL ABUSE / STRIP SEARCHES IN SHU
    STATUS DT: 07-16-2008   STATUS CODE: REJ STATUS REASON: SEN INS OTH
    INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-16-2008
    REMARKS..:




    REGNO: 28711-034 NAME: LANDOR, DAMON
    RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
    REMEDY ID: 505055-R1       SUB1: 34AS SUB2:      DATE RCV:   07-21-2008
    UNT  RCV..:UNIT 2        QTR RCV.: Z01-003LAD    FACL RCV: LEW
    UNT  ORG..:UNIT 2        QTR ORG.: Z01-003LAD    FACL ORG: LEW
    EVT FACL.: LEW    ACC LEV:                       RESP DUE:
    ABSTRACT.: ALLEGES INAPPROPRIATE BEHAVIOR BY CORR. STAFF
    STATUS DT: 08-19-2008   STATUS CODE: REJ STATUS REASON: SEN INS OTH
    INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-19-2008
    REMARKS..:
```

```
    G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 019 OF      *              FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK               QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 502243-F1      SUB1: 34ZS SUB2:       DATE RCV:   07-28-2008
UNT  RCV..:UNIT 2         QTR RCV.: Z01-003LAD   FACL RCV: LEW
UNT  ORG..: .             QTR ORG.:              FACL ORG:
EVT FACL.: LEW    ACC LEV:                            RESP DUE:
ABSTRACT.: CLAIMS AGAINST CAPTAIN/FEARS FOR HIS SAFETY
STATUS DT: 07-28-2008  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 07-28-2008
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK               QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 501010-F1      SUB1: 12ZS SUB2: 34AS  DATE RCV:   07-28-2008
UNT  RCV..:UNIT 2         QTR RCV.: Z01-003LAD   FACL RCV: LEW
UNT  ORG..:UNIT 2         QTR ORG.: Z01-001LAD   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1                     RESP DUE: SAT  09-06-2008
ABSTRACT.: ALLEGES STAFF VERBAL ABUSE / STRIP SEARCHES IN SHU
STATUS DT: 08-11-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-28-2008
REMARKS..:
```

|  |  | CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA |  |  |  |
|---|---|---|---|---|---|
| DATE DUE | DEPARTMENT | TO | DATE ASSN | TRK TYPE | DATE RETURNED |
| MON 08-04-2008 | SIS | RH | 07-28-2008 | INV | 08-01-2008 |
| FRI 08-08-2008 | AWP | CM | 08-04-2008 | INV | 08-05-2008 |
| TUE 08-12-2008 | EXEC ASST | SF | 08-06-2008 | INV | 08-07-2008 |
| MON 08-18-2008 | CEO | BB | 08-08-2008 | SIG | 08-11-2008 |

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
PAGE 020 OF       *            FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 502250-F1      SUB1: 34ZS SUB2:     DATE RCV:   07-28-2008
UNT  RCV..:UNIT 2       QTR RCV.: Z01-003LAD   FACL RCV: LEW
UNT  ORG..:UNIT 2       QTR ORG.: Z01-003LAD   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW 1                    RESP DUE: SAT  09-06-2008
ABSTRACT.: CLAIMS AGAINST SHU STAFF/BEING THREATENED
STATUS DT: 11-04-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-28-2008
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE         DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
MON 08-04-2008     CORR SVC     FP    07-28-2008   INV         10-30-2008
MON 11-03-2008     AWP          FS    10-30-2008   INV         10-31-2008
TUE 11-04-2008     EXEC ASST    SF    11-03-2008   INV         11-03-2008
FRI 11-07-2008     CEO          BB    11-03-2008   SIG         11-04-2008


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 505168-R1      SUB1: 22DS SUB2: 34AS DATE RCV:   07-28-2008
UNT  RCV..:UNIT 2       QTR RCV.: Z01-003LAD   FACL RCV: LEW
UNT  ORG..:UNIT 2       QTR ORG.: Z01-003LAD   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: SHU STAFF DENIED 1 HOUR OF RECREATION/EXERCISE
STATUS DT: 08-20-2008  STATUS CODE: REJ STATUS REASON: SEN INS OTH
INCRPTNO.:              RCT:   EXT:  DATE ENTD: 08-20-2008
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 021 OF     *            FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK             QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 501010-R2      SUB1: 12ZS SUB2: 34AS DATE RCV:   08-28-2008
UNT  RCV..:UNIT 2      QTR RCV.: Z01-004LAD   FACL RCV: LEW
UNT  ORG..:UNIT 2      QTR ORG.: Z01-001LAD   FACL ORG: LEW
EVT FACL.: LEW   ACC LEV:  LEW  1                    RESP DUE:
ABSTRACT.: ALLEGES STAFF VERBAL ABUSE / STRIP SEARCHES IN SHU
STATUS DT: 09-17-2008  STATUS CODE: REJ STATUS REASON: IRQ OTH RSR
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 09-17-2008
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK             QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 507762-F1      SUB1: 34ZS SUB2:      DATE RCV:   09-10-2008
UNT  RCV..:UNIT 2      QTR RCV.: Z01-007LAD   FACL RCV: LEW
UNT  ORG..:          QTR ORG.:              FACL ORG:
EVT FACL.: LEW   ACC LEV:                         RESP DUE:
ABSTRACT.: CLAIMS C/O RELEASE INFO ABOUT IN FRONT OF INMATES
STATUS DT: 09-10-2008  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 09-10-2008
REMARKS..:




   G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 022 OF      *           FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 507765-F1      SUB1: 34ZS SUB2:        DATE RCV:   09-10-2008
UNT  RCV..:UNIT 2        QTR RCV.: Z01-007LAD    FACL RCV: LEW
UNT  ORG..:              QTR ORG.:               FACL ORG:
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: CLAIMS AGAINST STAFF NOT FEEDING HIM LUNCH ON 8/1/08
STATUS DT: 09-10-2008  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 09-10-2008
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 508046-F1      SUB1: 34AS SUB2:        DATE RCV:   09-11-2008
UNT  RCV..:UNIT 2        QTR RCV.: Z01-007LAD    FACL RCV: LEW
UNT  ORG..:UNIT 2        QTR ORG.: Z01-007LAD    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1                   RESP DUE:  WED  10-01-2008
ABSTRACT.: CLAIMS C/O GAVE INFO ABOUT HIM IN FRONT OF INMATES
STATUS DT: 09-18-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 09-11-2008
REMARKS..:
```

```
                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
       DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
       THU 09-18-2008     CORR SVC     FP    09-11-2008     INV        09-12-2008
       TUE 09-23-2008     AWP          FS    09-15-2008     INV        09-15-2008
       THU 09-25-2008     EXEC ASST    SF    09-16-2008     INV        09-17-2008
       MON 09-29-2008     CEO          BB    09-17-2008     SIG        09-18-2008
```

```
   G0002         MORE PAGES TO FOLLOW . . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2012
PAGE 023 OF         *           FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 508047-F1       SUB1: 34AS SUB2:      DATE RCV:  09-11-2008
UNT  RCV..:UNIT 2       QTR RCV.: Z01-007LAD    FACL RCV: LEW
UNT  ORG..:UNIT 2       QTR ORG.: Z01-007LAD    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  LEW  1                     RESP DUE:  TUE  10-21-2008
ABSTRACT.: WENT WITHOUT LUNCH MEAL/C/O'S REFUSED TO FEED HIM
STATUS DT: 01-06-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-11-2008
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 09-18-2008        CORR SVC      FP   09-11-2008     INV        12-29-2008
WED 12-31-2008        AWP           FS   12-30-2008     INV        12-31-2008
MON 01-05-2009        EXEC ASST     SF   01-02-2009     INV        01-05-2009
WED 01-07-2009        CEO           BB   01-05-2009     SIG        01-06-2009


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 508871-R1       SUB1: 17AS SUB2: 34AM DATE RCV:  09-17-2008
UNT  RCV..:UNIT 2       QTR RCV.: Z01-007LAD    FACL RCV: LEW
UNT  ORG..:UNIT 2       QTR ORG.: Z01-007LAD    FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                            RESP DUE:
ABSTRACT.: ALLEGES DENIED A PHONE CALL FOR FILING A REMEDY
STATUS DT: 09-18-2008  STATUS CODE: REJ STATUS REASON: SEN INS OTH
INCRPTNO.:             RCT:  EXT:  DATE ENTD: 09-18-2008
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
 PAGE 024 OF        *              FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: MCR
REMEDY ID: 519254-F1        SUB1: 21AM SUB2:   DATE RCV:   12-01-2008
UNT  RCV..:1B            QTR RCV.: F04-201U    FACL RCV: MCR
UNT  ORG..:1B            QTR ORG.: F04-201U    FACL ORG: MCR
EVT FACL.: MCR    ACC LEV:                        RESP DUE:
ABSTRACT.: UDC APPEAL
STATUS DT: 12-15-2008  STATUS CODE: REJ STATUS REASON: UTF OTH
INCRPTNO.:            RCT:   EXT:.  DATE ENTD: 12-15-2008
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: MCR
REMEDY ID: 519262-F1        SUB1: 34DM SUB2:   DATE RCV:   12-03-2008
UNT  RCV..:1B            QTR RCV.: F04-201U    FACL RCV: MCR
UNT  ORG..:1B            QTR ORG.: F04-201U    FACL ORG: MCR
EVT FACL.: MCR    ACC LEV: MCR  1 MXR  1          RESP DUE:  MON  01-12-2009
ABSTRACT.: CLAIMS ASSAULTED BY STAFF
STATUS DT: 01-23-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-15-2008
REMARKS..:
```

```
 G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
 PAGE 025 OF     *           FULL SCREEN FORMAT              *     13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: MCR
REMEDY ID: 521543-F1     SUB1: 15ZM SUB2:    DATE RCV:   12-31-2008
UNT  RCV..:1B            QTR RCV.: F03-105L  FACL RCV: MCR
UNT  ORG..:1B            QTR ORG.: F03-105L  FACL ORG: MCR
EVT FACL.: MCR    ACC LEV: MCR  1 MXR  1       RESP DUE: TUE  01-20-2009
ABSTRACT.: PLACE IN RESTRICTED GENERAL POPULATION UNIT
STATUS DT: 01-15-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 01-07-2009
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: MXR
REMEDY ID: 521543-R1     SUB1: 15ZM SUB2:    DATE RCV:   01-28-2009
UNT  RCV..:1B            QTR RCV.: Z02-213L  FACL RCV: MCR
UNT  ORG..:1B            QTR ORG.: F03-105L  FACL ORG: MCR
EVT FACL.: MCR    ACC LEV: MCR  1 MXR  1       RESP DUE: SUN  03-29-2009
ABSTRACT.: PLACE IN RESTRICTED GENERAL POPULATION UNIT
STATUS DT: 02-20-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 02-05-2009
REMARKS..:




 G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
  PAGE 026 OF      *           FULL SCREEN FORMAT               *      13:59:19


  REGNO: 28711-034 NAME: LANDOR, DAMON
  RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U    RCV OFC: MXR
  REMEDY ID: 519262-R1      SUB1: 34DM SUB2:    DATE RCV:  02-17-2009
  UNT  RCV..:1B            QTR RCV.: Z03-128U   FACL RCV: MCR
  UNT  ORG..:1B            QTR ORG.: F04-201U   FACL ORG: MCR
  EVT FACL.: MCR    ACC LEV:  MCR  1 MXR  1       RESP DUE:  SAT  04-18-2009
  ABSTRACT.: CLAIMS ASSAULTED BY STAFF
  STATUS DT: 04-03-2009  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT: N DATE ENTD: 03-20-2009
  REMARKS..:




  REGNO: 28711-034 NAME: LANDOR, DAMON
  RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U    RCV OFC: MXR
  REMEDY ID: 531154-R1      SUB1: 20DM SUB2:    DATE RCV:  02-20-2009
  UNT  RCV..:1B            QTR RCV.: Z03-128U   FACL RCV: MCR
  UNT  ORG..:1B            QTR ORG.: Z03-128U   FACL ORG: MCR
  EVT FACL.: MCR    ACC LEV:  MXR  1             RESP DUE:  TUE  04-21-2009
  ABSTRACT.: DHO APPEAL 224 HRG 02-05-2009
  STATUS DT: 05-06-2009  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.: 1826077   RCT: P EXT: N DATE ENTD: 03-24-2009
  REMARKS..:











  G0002       MORE PAGES TO FOLLOW . . .
```

REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: MCR
REMEDY ID: 528263-F1       SUB1: 34AM SUB2:      DATE RCV:   02-26-2009
UNT  RCV..:1B            QTR RCV.: Z03-128U      FACL RCV: MCR
UNT  ORG..:1B            QTR ORG.: Z03-128U      FACL ORG: MCR
EVT FACL.: MCR     ACC LEV:  MCR  1              RESP DUE:  WED  03-18-2009
ABSTRACT.: CLAIMS UNPROFESSIONAL/INAPPROPRIATE CONDUCT BY STAFF
STATUS DT: 03-23-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 02-27-2009
REMARKS..:

REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 521543-A1       SUB1: 15ZM SUB2:      DATE RCV:   03-18-2009
UNT  RCV..:1B            QTR RCV.: Z03-127L      FACL RCV: MCR
UNT  ORG..:1B            QTR ORG.: F03-105L      FACL ORG: MCR
EVT FACL.: MCR     ACC LEV:  MCR  1 MXR  1       RESP DUE:
ABSTRACT.: PLACE IN RESTRICTED GENERAL POPULATION UNIT
STATUS DT: 04-02-2009  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:             RCT:  EXT:  DATE ENTD: 04-02-2009
REMARKS..:

     G0002         MORE PAGES TO FOLLOW . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
PAGE 028 OF        *              FULL SCREEN FORMAT              *    13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: MCR
REMEDY ID: 573384-F1        SUB1: 34AM SUB2:       DATE RCV:   01-13-2010
UNT  RCV..:1B              QTR RCV.: Z04-235L     FACL RCV: MCR
UNT  ORG..:1B              QTR ORG.: Z04-235L     FACL ORG: MCR
EVT FACL.: MCR     ACC LEV:  MCR  1 MXR  1 BOP  1    RESP DUE:  MON  02-22-2010
ABSTRACT.: CLAIMS UNPROFESSIONAL/INAPPROPRIATE CONDUCT BY STAFF
STATUS DT: 02-09-2010  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 01-20-2010
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: MCR
REMEDY ID: 575264-F1        SUB1: 34AM SUB2:       DATE RCV:   01-29-2010
UNT  RCV..:1B              QTR RCV.: Z04-234L     FACL RCV: MCR
UNT  ORG..:1B              QTR ORG.: Z04-234L     FACL ORG: MCR
EVT FACL.: MCR     ACC LEV:  MCR  1 MXR  1 BOP  1    RESP DUE:  THU  02-18-2010
ABSTRACT.: REQUEST FOR MONEY REIMBURSEMENT FOR COURT FILINGS.
STATUS DT: 02-12-2010  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 02-02-2010
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
  PAGE 029 OF      *           FULL SCREEN FORMAT             *      13:59:19


  REGNO: 28711-034 NAME: LANDOR, DAMON
  RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U  RCV OFC: MXR
  REMEDY ID: 577096-R1      SUB1: 20DM SUB2:   DATE RCV:  02-12-2010
  UNT  RCV..:1B            QTR RCV.: Z05-153L  FACL RCV: MCR
  UNT  ORG..:1B            QTR ORG.: Z05-153L  FACL ORG: MCR
  EVT FACL.: MCR    ACC LEV: MXR  1              RESP DUE:  TUE  04-13-2010
  ABSTRACT.: APPEAL OF DHO CODE #104
  STATUS DT: 05-04-2010  STATUS CODE: CLG STATUS REASON: GRT
  INCRPTNO.: 1818253   RCT: P EXT: P DATE ENTD: 02-17-2010
  REMARKS..:


  REGNO: 28711-034 NAME: LANDOR, DAMON
  RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U  RCV OFC: MXR
  REMEDY ID: 573384-R1      SUB1: 34AM SUB2:   DATE RCV:  02-17-2010
  UNT  RCV..:1B            QTR RCV.: Z05-153L  FACL RCV: MCR
  UNT  ORG..:1B            QTR ORG.: Z04-235L  FACL ORG: MCR
  EVT FACL.: MCR    ACC LEV: MCR  1 MXR  1 BOP  1  RESP DUE:  SUN  04-18-2010
  ABSTRACT.: CLAIMS UNPROFESSIONAL/INAPPROPRIATE CONDUCT BY STAFF
  STATUS DT: 03-30-2010  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT: N DATE ENTD: 02-19-2010
  REMARKS..:


  G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
 PAGE 030 OF       *            FULL SCREEN FORMAT             *    13:59:19


 REGNO: 28711-034 NAME: LANDOR, DAMON
 RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: MXR
 REMEDY ID: 575264-R1        SUB1: 34AM SUB2:        DATE RCV:   03-04-2010
 UNT  RCV..:1B          QTR RCV.: Z05-154L       FACL RCV: MCR
 UNT  ORG..:1B          QTR ORG..: Z04-234L      FACL ORG: MCR
 EVT FACL.: MCR     ACC LEV:  MCR  1 MXR  1 BOP  1    RESP DUE:  SAT  04-03-2010
 ABSTRACT.: REQUEST FOR MONEY REIMBURSEMENT FOR COURT FILINGS.
 STATUS DT: 04-01-2010  STATUS CODE: CLD STATUS REASON: DNY
 INCRPTNO.:            RCT: P EXT:    DATE ENTD: 03-05-2010
 REMARKS..:




 REGNO: 28711-034 NAME: LANDOR, DAMON
 RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: BOP
 REMEDY ID: 573384-A1        SUB1: 34AM SUB2:        DATE RCV:   04-19-2010
 UNT  RCV..:1B          QTR RCV.: Z05-156L       FACL RCV: MCR
 UNT  ORG..:1B          QTR ORG.: Z04-235L       FACL ORG: MCR
 EVT FACL.: MCR   ACC LEV:  MCR  1 MXR  1 BOP  1    RESP DUE:  FRI  06-18-2010
 ABSTRACT.: CLAIMS UNPROFESSIONAL/INAPPROPRIATE CONDUCT BY STAFF
 STATUS DT: 08-25-2010  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-04-2010
 REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 031 OF      *            FULL SCREEN FORMAT              *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 575264-A1      SUB1: 34AM SUB2:     DATE RCV:   05-05-2010
UNT  RCV..:1B           QTR RCV.: Z05-157L     FACL RCV: MCR
UNT  ORG..:1B           QTR ORG.: Z04-234L     FACL ORG: MCR
EVT FACL.: MCR    ACC LEV: MCR  1 MXR  1 BOP  1   RESP DUE: SUN  07-04-2010
ABSTRACT.: LT. VIOLATED RIGHTS-DID NOT ADMINISTER MIRANDA RIGHT
STATUS DT: 10-13-2010  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-28-2010
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 596058-F1      SUB1: 23ZS SUB2: 34ZS DATE RCV:   06-28-2010
UNT  RCV..:D-BLOCK      QTR RCV.: D02-215U     FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D02-215U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  1       RESP DUE: SUN  07-18-2010
ABSTRACT.: COMPLAINS OF THREATS OF APPLICATION OF RESTRAINTS
STATUS DT: 07-14-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-28-2010
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE             DEPARTMENT  TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 07-05-2010       SIS         SH    06-28-2010   INV         07-14-2010
```

G0002      MORE PAGES TO FOLLOW . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
  PAGE 032 OF      *              FULL SCREEN FORMAT              *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 596161-F1       SUB1: 21AS SUB2:   DATE RCV:   06-28-2010
UNT  RCV..:D-BLOCK     QTR RCV.: D02-215U     FACL RCV: LEW
UNT  ORG..:D-BLOCK     QTR ORG.: D02-215U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  3          RESP DUE:  SUN  07-18-2010
ABSTRACT.: WANTS INCIDENT REPORT EXPUNGED
STATUS DT: 07-08-2010  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 2031793  RCT: P EXT:   DATE ENTD: 06-28-2010
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE            DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
 MON 07-05-2010    UNIT 2        DC    06-28-2010    INV        07-08-2010
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 596161-R1       SUB1: 21AS SUB2:   DATE RCV:   07-01-2010
UNT  RCV..:D-BLOCK     QTR RCV.: D02-215U     FACL RCV: LEW
UNT  ORG..:D-BLOCK     QTR ORG.: D02-215U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  3          RESP DUE:
ABSTRACT.: WANTS INCIDENT REPORT EXPUNGED
STATUS DT: 07-01-2010  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.: 2031793  RCT:   EXT:   DATE ENTD: 07-01-2010
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 033 OF        *           FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 599425-A1      SUB1: 15HM SUB2:     DATE RCV:   07-02-2010
UNT  RCV..:D-BLOCK        QTR RCV.: D02-215U   FACL RCV: LEW
UNT  ORG..:D-BLOCK        QTR ORG.: D02-215U   FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  BOP  1             RESP DUE: TUE  08-31-2010
ABSTRACT.: SMU APPEAL/DUE PROCESS VIOLATED/DOUBLE JEOPARDY
STATUS DT: 08-17-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 07-21-2010
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 598378-F1      SUB1: 26AS SUB2:     DATE RCV:   07-14-2010
UNT  RCV..:D-BLOCK        QTR RCV.: D02-201U   FACL RCV: LEW
UNT  ORG..:D-BLOCK        QTR ORG.: D02-201U   FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  LEW  2 NER  1 BOP  1    RESP DUE:
ABSTRACT.: HAS HEADACHE/NECK PAIN
STATUS DT: 07-14-2010  STATUS CODE: REJ STATUS REASON: MSI RSR OTH
INCRPTNO.:            RCT:  EXT:  DATE ENTD: 07-14-2010
REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
 PAGE 034 OF        *            FULL SCREEN FORMAT              *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 596161-R2        SUB1: 21AS SUB2:    DATE RCV:   07-15-2010
UNT  RCV..:D-BLOCK       QTR RCV.: D02-201U     FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-215U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  3         RESP DUE:
ABSTRACT.: WANTS INCIDENT REPORT EXPUNGED
STATUS DT: 07-16-2010  STATUS CODE: REJ STATUS REASON: IRQ RSR
INCRPTNO.: 2031793   RCT:   EXT:   DATE ENTD: 07-16-2010
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 598378-F2        SUB1: 22ZS SUB2: 26ZS DATE RCV:   07-19-2010
UNT  RCV..:D-BLOCK       QTR RCV.: D02-201U     FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-201U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  2 NER  1 BOP  1  RESP DUE:  SUN  08-08-2010
ABSTRACT.: CELL WITH VENTILATION/DURESS BUTTON/MEDICAL CARE
STATUS DT: 07-29-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-19-2010
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
MON 07-26-2010      MED SVC      SB   07-19-2010    INV          07-29-2010
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2012
PAGE 035 OF         *           FULL SCREEN FORMAT              *     13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 596058-R1        SUB1: 23ZS SUB2: 34ZS DATE RCV:   07-21-2010
UNT  RCV..:D-BLOCK       QTR RCV.: D02-201U      FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-215U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1         RESP DUE:  FRI  08-20-2010
ABSTRACT.: COMPLAINS OF THREATS OF APPLICATION OF RESTRAINTS
STATUS DT: 08-19-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:    DATE ENTD: 07-22-2010
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 596161-R3        SUB1: 21AS SUB2:     DATE RCV:   07-26-2010
UNT  RCV..:D-BLOCK       QTR RCV.: D02-214U      FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-215U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  3         RESP DUE:  WED  08-25-2010
ABSTRACT.: WANTS INCIDENT REPORT EXPUNGED
STATUS DT: 08-25-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2031793   RCT: P EXT:    DATE ENTD: 07-27-2010
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2012
PAGE 036 OF        *          FULL SCREEN FORMAT              *     13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 600772-F1        SUB1: 34ZS SUB2:    DATE RCV:   08-02-2010
UNT  RCV..:D-BLOCK      QTR RCV.: D02-214U       FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D02-214U       FACL ORG: LEW
EVT FACL.: LEW      ACC LEV:  LEW  1 NER  1 BOP  1   RESP DUE: SUN 08-22-2010
ABSTRACT.: CLAIMS STAFF ACTED INAPPROPRIATELY 7/5/10 INCIDENT
STATUS DT: 08-04-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-02-2010
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 08-09-2010     SIS           FP    08-02-2010   INV         08-04-2010




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 601560-R1        SUB1: 34AS SUB2: 26AS DATE RCV:   08-04-2010
UNT  RCV..:D-BLOCK      QTR RCV.: D02-214U       FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D02-214U       FACL ORG: LEW
EVT FACL.: LEW      ACC LEV:                        RESP DUE:
ABSTRACT.: STAFF & MEDICAL COMPLAINT
STATUS DT: 08-05-2010  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:            RCT:  EXT:    DATE ENTD: 08-05-2010
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 037 OF     *              FULL SCREEN FORMAT           *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 598378-R1      SUB1: 22ZS SUB2: 26ZS DATE RCV:    08-06-2010
UNT  RCV..:D-BLOCK      QTR RCV.: D02-214U      FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D02-201U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  2 NER  1 BOP  1  RESP DUE:  SUN 09-05-2010
ABSTRACT.: CELL WITH VENTILATION/DURESS BUTTON/MEDICAL CARE
STATUS DT: 09-03-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 08-10-2010
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 600772-R1      SUB1: 34ZS SUB2:      DATE RCV:    08-09-2010
UNT  RCV..:D-BLOCK      QTR RCV.: D02-214U      FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D02-214U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1 BOP  1  RESP DUE:  WED 09-08-2010
ABSTRACT.: CLAIMS STAFF ACTED INAPPROPRIATELY 7/5/10 INCIDENT
STATUS DT: 09-08-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 08-10-2010
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 038 OF      *            FULL SCREEN FORMAT            *      13:59:19


   REGNO: 28711-034 NAME: LANDOR, DAMON
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U  RCV OFC: LEW
   REMEDY ID: 603939-F1        SUB1: 22ZS SUB2:     DATE RCV:   08-23-2010
   UNT  RCV..:D-BLOCK       QTR RCV.: D02-213U      FACL RCV: LEW
   UNT  ORG..:D-BLOCK       QTR ORG.: D02-213U      FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: COMPLAINS OF RESTRICTION OF RECREATION PERIOD
   STATUS DT: 08-23-2010   STATUS CODE: REJ STATUS REASON: MSI
   INCRPTNO.:           RCT:    EXT:    DATE ENTD: 08-23-2010
   REMARKS..:



   REGNO: 28711-034 NAME: LANDOR, DAMON
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U  RCV OFC: LEW
   REMEDY ID: 603940-F1        SUB1: 34ZS SUB2: 22ZS DATE RCV:   08-23-2010
   UNT  RCV..:D-BLOCK       QTR RCV.: D02-213U      FACL RCV: LEW
   UNT  ORG..:D-BLOCK       QTR ORG.: D02-213U      FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: COMPLAINS STAFF USE CORPORAL PUNISHMENT
   STATUS DT: 08-23-2010   STATUS CODE: REJ STATUS REASON: MSI
   INCRPTNO.:           RCT:    EXT:    DATE ENTD: 08-23-2010
   REMARKS..:











   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
PAGE 039 OF      *           FULL SCREEN FORMAT              *    13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK         QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 603939-R1      SUB1: 22ZS SUB2:      DATE RCV:   09-07-2010
UNT RCV..:D-BLOCK      QTR RCV.: D02-212U     FACL RCV: LEW
UNT ORG..:D-BLOCK      QTR ORG.: D02-213U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                    RESP DUE:
ABSTRACT.: COMPLAINS OF RESTRICTION OF RECREATION PERIOD
STATUS DT: 09-08-2010  STATUS CODE: REJ STATUS REASON: MSI OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-08-2010
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK         QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 603940-R1      SUB1: 34ZS SUB2: 22ZS DATE RCV:   09-07-2010
UNT RCV..:D-BLOCK      QTR RCV.: D02-212U     FACL RCV: LEW
UNT ORG..:D-BLOCK      QTR ORG.: D02-213U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                    RESP DUE:
ABSTRACT.: COMPLAINS STAFF USE CORPORAL PUNISHMENT
STATUS DT: 09-08-2010  STATUS CODE: REJ STATUS REASON: MSI OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-08-2010
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
     LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 040 OF     *              FULL SCREEN FORMAT              *      13:59:19


   REGNO: 28711-034 NAME: LANDOR, DAMON
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: LEW
   REMEDY ID: 608379-F1       SUB1: 22CS SUB2:    DATE RCV:   09-23-2010
   UNT  RCV..:D-BLOCK       QTR RCV.: D02-212U    FACL RCV: LEW
   UNT  ORG..:D-BLOCK       QTR ORG.: D02-212U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1                RESP DUE:  WED  10-13-2010
   ABSTRACT.: CLAIMS STAFF TOOK AWAY RECREATION
   STATUS DT: 10-07-2010  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-23-2010
   REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
   THU 09-30-2010      CORR SVC     BT    09-23-2010     INV        10-07-2010




   REGNO: 28711-034 NAME: LANDOR, DAMON
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: BOP
   REMEDY ID: 600772-A1       SUB1: 34ZS SUB2:    DATE RCV:   10-04-2010
   UNT  RCV..:D-BLOCK       QTR RCV.: D02-211U    FACL RCV: LEW
   UNT  ORG..:D-BLOCK       QTR ORG.: D02-214U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1 BOP  1  RESP DUE:  FRI  12-03-2010
   ABSTRACT.: CLAIMS STAFF ACTED INAPPROPRIATELY 7/5/10 INCIDENT
   STATUS DT: 02-03-2011  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 10-26-2010
   REMARKS..:










   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 041 OF       *           FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 598378-A1        SUB1: 22ZS SUB2: 26ZS DATE RCV:   10-04-2010
UNT  RCV..:D-BLOCK        QTR RCV.: D02-211U      FACL RCV: LEW
UNT  ORG..:D-BLOCK        QTR ORG.: D02-201U      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: LEW  2 NER  1 BOP  1   RESP DUE: FRI 12-03-2010
ABSTRACT.: CELL WITH VENTILATION/DURESS BUTTON/MEDICAL CARE
STATUS DT: 02-03-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 10-26-2010
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 613428-F1        SUB1: 20ZS SUB2:      DATE RCV:   11-02-2010
UNT  RCV..:D-BLOCK        QTR RCV.: D02-210U      FACL RCV: LEW
UNT  ORG..:D-BLOCK        QTR ORG.: D02-210U      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: LEW  2                 RESP DUE:
ABSTRACT.: MCR DID NOT REWRITE IR/WANTS NEW DHO HEARING
STATUS DT: 11-02-2010  STATUS CODE: REJ STATUS REASON: IAT WRL OTH
INCRPTNO.: 1818253  RCT:   EXT:   DATE ENTD: 11-02-2010
REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 042 OF      *          FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 613428-R1        SUB1: 20ZS SUB2:      DATE RCV:   11-12-2010
UNT  RCV..:D-BLOCK       QTR RCV.: D02-209U     FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-210U     FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: LEW  2                RESP DUE:
ABSTRACT.: MCR DID NOT REWRITE IR/WANTS NEW DHO HEARING
STATUS DT: 11-23-2010   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.: 1818253   RCT:   EXT:   DATE ENTD: 11-23-2010
REMARKS..:



REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 613428-F2        SUB1: 20ZS SUB2:      DATE RCV:   12-21-2010
UNT  RCV..:D-BLOCK       QTR RCV.: D02-207U     FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-210U     FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: LEW  2                RESP DUE:  SUN  01-30-2011
ABSTRACT.: MCR DID NOT REWRITE IR/WANTS NEW DHO HEARING
STATUS DT: 01-31-2011   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1818253   RCT: P EXT: P DATE ENTD: 12-21-2010
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO   DATE ASSN   TRK TYPE    DATE RETURNED
TUE 12-28-2010    EXEC ASST     XX   12-21-2010    INV        01-31-2011
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWAJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
  PAGE 043 OF        *            FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 613428-R2        SUB1: 20ZS SUB2:     DATE RCV:   02-25-2011
UNT  RCV..:B-BLOCK       QTR RCV.: B01-105U       FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D02-210U       FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  2                 RESP DUE:
ABSTRACT.: MCR DID NOT REWRITE IR/WANTS NEW DHO HEARING
STATUS DT: 03-09-2011  STATUS CODE: REJ STATUS REASON: UTR OTH
INCRPTNO.: 1818253   RCT:   EXT:   DATE ENTD: 03-09-2011
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 629744-F1        SUB1: 11GS SUB2:     DATE RCV:   03-09-2011
UNT  RCV..:D-BLOCK       QTR RCV.: D01-126L       FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D01-126L       FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1                 RESP DUE:  TUE  03-29-2011
ABSTRACT.: DENIED RECREATION DUE TO CELL SANITATION
STATUS DT: 03-28-2011  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 03-09-2011
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 03-16-2011    UNIT 2       DH    03-09-2011    INV         03-28-2011
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
 PAGE 044 OF        *           FULL SCREEN FORMAT              *    13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 630791-F1         SUB1: 11GS SUB2:    DATE RCV:   03-16-2011
UNT  RCV..:B-BLOCK       QTR RCV.: B01-106U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-106U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  1              RESP DUE:  TUE  04-05-2011
ABSTRACT.: CLAIMS DENIED RECREATION
STATUS DT: 03-31-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 03-16-2011
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE         DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
 WED 03-23-2011   CORR SVC     BT    03-16-2011     INV         03-31-2011




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 634137-F1      SUB1: 34ZS SUB2: 23ZS DATE RCV:   04-07-2011
UNT  RCV..:B-BLOCK       QTR RCV.: B01-107U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-107U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1                     RESP DUE:  WED  04-27-2011
ABSTRACT.: COMPLAINS RESTRAINTS USE OF RETALIATION
STATUS DT: 04-14-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 04-07-2011
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE         DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
 THU 04-14-2011   SIS          SH    04-07-2011     INV         04-14-2011






 G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 045 OF          *          FULL SCREEN FORMAT              *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 629744-R1      SUB1: 11GS SUB2:     DATE RCV:   04-07-2011
UNT  RCV..:B-BLOCK      QTR RCV.: B01-107U     FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D01-126L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1                 RESP DUE:
ABSTRACT.: DENIED RECREATION DUE TO CELL SANITATION
STATUS DT: 04-13-2011  STATUS CODE: REJ STATUS REASON: QUA OTH RSR
INCRPTNO.:          RCT:  EXT:   DATE ENTD: 04-13-2011
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK            QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 630791-R1      SUB1: 11GS SUB2:     DATE RCV:   04-11-2011
UNT  RCV..:B-BLOCK      QTR RCV.: B01-107U     FACL RCV: LEW
UNT  ORG..:B-BLOCK      QTR ORG.: B01-106U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1          RESP DUE:  WED  05-11-2011
ABSTRACT.: CLAIMS DENIED RECREATION
STATUS DT: 05-11-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-18-2011
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 635867-R1     SUB1: 20DS SUB2:      DATE RCV:   04-14-2011
UNT  RCV..:B-BLOCK      QTR RCV.: B01-107U      FACL RCV: LEW
UNT  ORG..:B-BLOCK      QTR ORG.: B01-107U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  NER  3            RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 04-19-2011  STATUS CODE: REJ STATUS REASON: QUA OTH RSR
INCRPTNO..:          RCT:   EXT:   DATE ENTD: 04-19-2011
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 635867-R2     SUB1: 20DS SUB2:      DATE RCV:   05-09-2011
UNT  RCV..:B-BLOCK      QTR RCV.: B01-108U      FACL RCV: LEW
UNT  ORG..:B-BLOCK      QTR ORG.: B01-107U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  NER  3            RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-24-2011  STATUS CODE: REJ STATUS REASON: FRM OTH RSR
INCRPTNO..:          RCT:   EXT:   DATE ENTD: 05-24-2011
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U  RCV OFC: NER
REMEDY ID: 635867-R3       SUB1: 20DS SUB2:  DATE RCV:   06-06-2011
UNT  RCV..:B-BLOCK       QTR RCV.: B01-110U  FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-107U  FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: NER  3               RESP DUE:  WED  07-06-2011
ABSTRACT.: DHO APPEAL  104
STATUS DT: 07-07-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1818253   RCT: P EXT:   DATE ENTD: 06-09-2011
REMARKS..:
```

```
REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U  RCV OFC: BOP
REMEDY ID: 635867-A1       SUB1: 20DS SUB2:  DATE RCV:   07-22-2011
UNT  RCV..:B-BLOCK       QTR RCV.: B01-112U  FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-107U  FACL ORG: LEW
EVT FACL.: LEW   ACC LEV: NER  3               RESP DUE:
ABSTRACT.: DHO APPEAL  104
STATUS DT: 08-22-2011  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.: 1818253   RCT:   EXT:   DATE ENTD: 08-22-2011
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2012
PAGE 048 OF       *              FULL SCREEN FORMAT              *     13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 678162-F1         SUB1: 25DS SUB2:    DATE RCV:   03-01-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-122U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-122U      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                          RESP DUE:
ABSTRACT.: PROPERTY CONFISCATED
STATUS DT: 03-01-2012  STATUS CODE: REJ STATUS REASON: INF RSR
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 03-01-2012
REMARKS..:


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 679477-F1         SUB1: 33GS SUB2:    DATE RCV:   03-12-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-123U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-123U      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV: LEW 1 NER  2 BOP  1  RESP DUE: SUN 04-01-2012
ABSTRACT.: WANTS PERSONAL LEGAL MATERIALS
STATUS DT: 03-13-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-12-2012
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO   DATE ASSN    TRK TYPE    DATE RETURNED
MON 03-19-2012      SIS          SH   03-12-2012    INV          03-13-2012
```

G0002     MORE PAGES TO FOLLOW . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2012
PAGE 049 OF        *              FULL SCREEN FORMAT            *     13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 679477-R1       SUB1: 33GS SUB2:      DATE RCV:   03-28-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-124U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-123U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  2 BOP  1   RESP DUE:
ABSTRACT.: WANTS PERSONAL LEGAL MATERIALS
STATUS DT: 04-13-2012  STATUS CODE: REJ STATUS REASON: CPG RSR
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 04-13-2012
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 679477-R2       SUB1: 33GS SUB2:      DATE RCV:   04-26-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-125U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-123U      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  2 BOP  1   RESP DUE:  SAT  05-26-2012
ABSTRACT.: WANTS PERSONAL LEGAL MATERIALS
STATUS DT: 05-25-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 04-26-2012
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . . .

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 050 OF        *              FULL SCREEN FORMAT             *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK                QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 689812-F1        SUB1: 11GS SUB2:       DATE RCV:   05-24-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-126U        FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-126U        FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  1               RESP DUE: WED  06-13-2012
ABSTRACT.: COMPLAINS REC TAKEN
STATUS DT: 05-31-2012  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 05-24-2012
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO   DATE ASSN   TRK TYPE   DATE RETURNED
THU 05-31-2012     CORR SVC     BT   05-24-2012    INV       05-31-2012




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK                QTR.: B01-103U   RCV OFC: LEW
REMEDY ID: 689815-F1        SUB1: 33FS SUB2:       DATE RCV:   05-24-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-126U        FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-126U        FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                             RESP DUE:
ABSTRACT.: COMPLAINS OF LEGAL MAIL SENT 3/11/12
STATUS DT: 05-24-2012  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:              RCT: EXT:   DATE ENTD: 05-24-2012
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2012
PAGE 051 OF        *           FULL SCREEN FORMAT            *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 692169-A1        SUB1: 15IS SUB2:   DATE RCV:   05-29-2012
UNT  RCV..:B-BLOCK      QTR RCV.: B01-101U     FACL RCV: LEW
UNT  ORG..:B-BLOCK      QTR ORG.: B01-101U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: BOP  1                 RESP DUE:  SAT  07-28-2012
ABSTRACT.: SMU APPEAL
STATUS DT: 06-11-2012  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 06-11-2012
REMARKS..:




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U   RCV OFC: BOP
REMEDY ID: 679477-A1        SUB1: 33GS SUB2:   DATE RCV:   06-11-2012
UNT  RCV..:B-BLOCK      QTR RCV.: B01-101U     FACL RCV: LEW
UNT  ORG..:B-BLOCK      QTR ORG.: B01-123U     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  2 BOP  1  RESP DUE:  FRI  08-10-2012
ABSTRACT.: WANTS PERSONAL LEGAL MATERIALS
STATUS DT: 06-29-2012  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-29-2012
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
      LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
   PAGE 052 OF       *            FULL SCREEN FORMAT             *      13:59:19


   REGNO: 28711-034 NAME: LANDOR, DAMON
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: LEW
   REMEDY ID: 692443-F1       SUB1: 21AS SUB2:  DATE RCV:   06-13-2012
   UNT  RCV..:B-BLOCK       QTR RCV.: B01-101U  FACL RCV: LEW
   UNT  ORG..:B-BLOCK       QTR ORG.: B01-101U  FACL ORG: LEW
   EVT FACL.: LEW     ACC LEV: LEW  1               RESP DUE:  TUE  07-03-2012
   ABSTRACT.: APPEALS INCIDENT REPORT
   STATUS DT: 06-20-2012  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.: 2302635   RCT: P EXT:   DATE ENTD: 06-13-2012
   REMARKS..:


                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE             DEPARTMENT   TO   DATE ASSN    TRK TYPE   DATE RETURNED
   WED 06-20-2012       UNIT 1       JA   06-13-2012   INV        06-20-2012




   REGNO: 28711-034 NAME: LANDOR, DAMON
   RSP OF...: LEW UNT/LOC/DST: B-BLOCK          QTR.: B01-103U   RCV OFC: NER
   REMEDY ID: 689812-R1       SUB1: 11GS SUB2:  DATE RCV:   06-13-2012
   UNT  RCV..:B-BLOCK       QTR RCV.: B01-101U  FACL RCV: LEW
   UNT  ORG..:B-BLOCK       QTR ORG.: B01-126U  FACL ORG: LEW
   EVT FACL.: LEW     ACC LEV: LEW  1 NER  1        RESP DUE:  FRI  07-13-2012
   ABSTRACT.: COMPLAINS REC TAKEN
   STATUS DT: 07-13-2012  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:           RCT: P EXT:   DATE ENTD: 06-14-2012
   REMARKS..:










   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2012
PAGE 053 OF        *          FULL SCREEN FORMAT           *     13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U  RCV OFC: LEW
REMEDY ID: 693621-F1        SUB1: 15IS SUB2:   DATE RCV:   06-21-2012
UNT  RCV..:B-BLOCK        QTR RCV.: B01-126U   FACL RCV: LEW
UNT  ORG..:B-BLOCK        QTR ORG.: B01-126U   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1          RESP DUE:  WED  07-11-2012
ABSTRACT.: WHY IS SMU EXTENDED/NO NOTIFICATION
STATUS DT: 06-28-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 06-21-2012
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 06-28-2012     UNIT 1        JA    06-21-2012    INV         06-28-2012




REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK           QTR.: B01-103U  RCV OFC: NER
REMEDY ID: 693621-R1        SUB1: 15IS SUB2:   DATE RCV:   07-16-2012
UNT  RCV..:B-BLOCK        QTR RCV.: B01-101U   FACL RCV: LEW
UNT  ORG..:B-BLOCK        QTR ORG.: B01-126U   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1          RESP DUE:  WED  08-15-2012
ABSTRACT.: WHY IS SMU EXTENDED/NO NOTIFICATION
STATUS DT: 08-15-2012  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 07-17-2012
REMARKS..:








   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWAJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-04-2012
PAGE 054 OF 054 *              FULL SCREEN FORMAT              *      13:59:19


REGNO: 28711-034 NAME: LANDOR, DAMON
RSP OF...: LEW UNT/LOC/DST: B-BLOCK              QTR.: B01-103U   RCV OFC: NER
REMEDY ID: 702772-R1        SUB1: 34ZM SUB2:     DATE RCV:   08-29-2012
UNT  RCV..:B-BLOCK       QTR RCV.: B01-103U      FACL RCV: LEW
UNT  ORG..:B-BLOCK       QTR ORG.: B01-103U      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                          RESP DUE:
ABSTRACT.: DHO COMPLAINT
STATUS DT: 08-29-2012  STATUS CODE: REJ STATUS REASON: FRM OTH
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 08-29-2012
REMARKS..:
```

```
               105 REMEDY SUBMISSION(S) SELECTED
      G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment I

TRM 1301.02
October 3, 1997
Part 2, Section D, Page d-1

## STATUS CODES

| STATUS CODE | DESCRIPTION |
| --- | --- |
| ACC | ACCEPTED |
| CLD | CLOSED, DENIED |
| CLG | CLOSED, GRANTED |
| CLO | CLOSED, OTHER THAN GRANT OR DENY |
| REJ | REJECTED |
| VOD | VOIDED |

## DEPARTMENT TABLE
## STANDARD

| STANDARD/ TRACKING LOCAL | DEPARTMENT | DESCRIPTION |
| --- | --- | --- |
| STANDARD | ADMIN REM | ADMINISTRATIVE REMEDY DEPT. |
| STANDARD | AWP | ASSOC WARDEN (PROGRAMS) |
| STANDARD | AWO | ASSOC WARDEN (OPERATIONS) |
| STANDARD | AWI | ASSOC WARDEN (INDUSTRIES) |
| STANDARD | AWC | ASSOC WARDEN (CUSTODY) |
| STANDARD | UNASSIGNED | AWAITING DEPARTMENT ASSIGNMENT |
| STANDARD | CAMP | CAMP |
| STANDARD | CIM | CENTRAL INMATE MONITORING |
| STANDARD | CEO | CHIEF EXECUTIVE OFFICER |
| STANDARD | COMM CORR | COMMUNITY CORRECTIONS |
| STANDARD | COMPUTER | COMPUTER SERVICES |
| STANDARD | CORR SVC | CORRECTIONAL SERVICES |
| STANDARD | CORR PGM | CORRECTIONAL PROGRAMS |
| STANDARD | DESIG | DESIGNATIONS |
| STANDARD | DHO | DISCIPLINARY HEARING OFFICERS |
| STANDARD | EDUC SVC | EDUCATIONAL SERVICES |
| STANDARD | EXEC ASST | EXECUTIVE ASSISTANT |
| STANDARD | FACL MGT | FACILITIES MANAGEMENT |
| STANDARD | FARM SVC | FARM SERVICES |

| STANDARD | FIN MGT | FINANCIAL MANAGEMENT |
|----------|---------|----------------------|
| STANDARD | FOOD SVC | FOOD SERVICES |
| STANDARD | ISM | INMATE SYSTEMS MANAGEMENT |
| STANDARD | LGL SVC | LEGAL SERVICES |
| STANDARD | MED SVC | MEDICAL SERVICES |
| STANDARD | PLGL SVC | PARALEGAL |
| STANDARD | PER SVC | PERSONNEL SERVICES |
| STANDARD | PCU | PROTECTIVE CUSTODY UNIT |
| STANDARD | PSYCH SVC | PSYCHOLOGICAL SERVICES |
| STANDARD | RLG SVC | RELIGIOUS SERVICES |
| STANDARD | SAFETY | SAFETY SERVICES |
| STANDARD | SIS | SPECIAL INVESTIGATIVE SUPVR |
| STANDARD | TRAINING | TRAINING SERVICES |
| STANDARD | UNICOR | UNICOR (FED PRISON IND) |
| STANDARD | UNT MGT | UNIT MANAGEMENT 2 |

TRM 1301.02
October 3, 1997
Part 2, Section E, Page e-1

## STATUS REASON TABLE

| STATUS CODE | REASON CODE | DESCRIPTION |
|---|---|---|
| CLD | DNY | REQUEST OR APPEAL DENIED SUBSTANTIALLY IN FULL. |
| CLG | GRT | REQUEST OR APPEAL GRANTED SUBSTANTIALLY IN FULL. |
| CLG | PAR | REQUEST OR APPEAL PARTIALLY GRANTED. |
| CLG | PVG | REQUEST OR APPEAL PREVIOUSLY GRANTED. |
| CLO | ISJ | IMPROPER SUBJECT MATTER. |
| CLO | MOT | REQUEST OR APPEAL IS MOOT. |
| CLO | OTH | OTHER |
| CLO | REP | REQUEST OR APPEAL DENIED AS REPETITIVE OF PREVIOUS FILING. |
| CLO | WDN | WITHDRAWN AT INMATE'S REQUEST. |
| CLO | XPL | INFORMATION OR EXPLANATION ONLY. |

TRM 1301.02
October 3, 1997
Part 2, Section E, Page e-2

REJ    CDC    YOU MUST WAIT FOR THE CCM'S DECISION OF THE CDC HEARING
               BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE. RESUBMIT
               YOUR APPEAL TO THIS OFFICE WITHIN 30 DAYS OF THE CCM'S
               DECISION.

REJ    CON    YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR,
               OR OTHER AUTHORIZED PERSON.

REJ    CPG    YOU DID NOT SUBMIT THE PROPER NUMBER OF CONTINUATION
               PAGES.  YOU MUST SUBMIT ONE COPY AT THE WARDEN'S LEVEL;
               TWO COPIES AT THE REGIONAL DIRECTOR'S LEVEL; AND THREE
               COPIES AT THE CENTRAL OFFICE LEVEL.

REJ    DHO    YOU DID NOT PROVIDE A COPY OF THE DHO REPORT; OR YOU
               DID NOT OTHERWISE IDENTIFY THE CHARGES AND DATE OF THE
               DHO ACTION YOU ARE APPEALING.

REJ    DHR    YOU MUST WAIT FOR THE DHO'S DECISION OF THE DHO HEARING
               BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.  RESUBMIT
               YOUR APPEAL TO THIS OFFICE WITHIN 20 DAYS OF THE DATE
               YOU RECEIVE THE DHO'S DECISION.

REJ    EXH    YOU DID NOT SUBMIT THE PROPER NUMBER OF EXHIBITS.  YOU
               MUST SUBMIT ONE COPY AT THE WARDEN'S LEVEL; TWO COPIES
               AT THE REGIONAL DIRECTOR'S LEVEL; AND THREE COPIES AT
               THE CENTRAL OFFICE LEVEL.

REJ    FRM    YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
               FORM (BP-9, BP-10, BP-11).

REJ     IAT     YOU DID NOT PROVIDE A COPY OF THE ATTACHMENT(S) TO YOUR INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9).

REJ     IMP     IMPROPER SUBJECT MATTER (FOI/PA REQUEST, ETC.)

REJ     INF     YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJ     INS     YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL AT THIS LEVEL.

REJ     IRQ     YOU DID NOT PROVIDE A COPY OF YOUR INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9), OR A RECEIPT, OR YOU DID NOT PROVIDE A VERIFIED PHOTOCOPY.

REJ     MLT     YOU ARE APPEALING MORE THAN ONE INCIDENT REPORT (INCIDENT NUMBER) ON A SINGLE APPEAL FORM. YOU MUST FILE A SEPARATE APPEAL FOR EACH INCIDENT REPORT (INCIDENT NUMBER) YOU WISH TO APPEAL.

REJ     MSI     YOU MUST PROVIDE MORE SPECIFIC INFORMATION ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJ     OBS     YOUR REQUEST CONTAINS GRATUITOUS OBSCENE OR ABUSIVE LANGUAGE.

| REJ | ONE | YOU MAY ONLY SUBMIT UP TO ONE LETTER-SIZE (8 1/2" X 11") CONTINUATION PAGE. |
|-----|-----|------|
| REJ | OTH | SEE REMARKS. |
| REJ | QUA | YOU DID NOT SUBMIT A COMPLETE SET (4 CARBONIZED COPIES) OF THE REQUEST OR APPEAL FORM. |
| REJ | RAP | YOU DID NOT PROVIDE A COPY OF THE REGIONAL APPEAL, OR A RECEIPT, OR YOU DID NOT PROVIDE A VERIFIED PHOTOCOPY. |
| REJ | RAT | YOU DID NOT PROVIDE A COPY OF THE ATTACHMENT(S) TO YOUR REGIONAL APPEAL. |
| REJ | RSA | YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 15 DAYS OF THE DATE OF THIS REJECTION NOTICE. |
| REJ | RSF | YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN 5 DAYS OF THE DATE OF THIS REJECTION NOTICE. |
| REJ | RSR | YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 10 DAYS OF THE DATE OF THIS REJECTION NOTICE. |
| REJ | SEN | THE ISSUE YOU RAISE IS NOT A SENSITIVE ISSUE. YOUR REQUEST/APPEAL IS NOT BEING RETURNED TO YOU IN ACCORDANCE WITH POLICY. |

REJ     SIG     YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJ     UTA     YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS MUST
                BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL DIRECTOR'S
                RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REJ     UTF     YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                MUST BE RECEIVED WITHIN 20 DAYS OF THE EVENT COMPLAINED
                ABOUT.

REJ     UTR     YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS MUST BE
                RECEIVED WITHIN 20 DAYS OF THE WARDEN'S OR CCM'S
                RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REJ     WRL     YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG LEVEL
                OR WRONG OFFICE.

REJECTION STATUS REASON CODES
10/30/02

| CODE STS | CODE REA | DESCRIPTION |
|------|------|-------------|
| REJ | ATT | YOU DID NOT SUBMIT THE CORRECT NO. OF COPIES OF THE ATTACHMENTS (NEW DOCUMENTATION NOT CONSIDERED BY LOWER LEVELS).  2 AT INSTITUTION; 3 AT REGION; AND 4 AT CENTRAL OFFICE.  THE NUMBER CITED INCLUDES YOUR ORIGINAL. |
| REJ | CDC | YOU MUST WAIT FOR THE CCM'S DECISION OF THE CDC HEARING BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.  RESUBMIT YOUR APPEAL TO THIS OFFICE WITHIN 30 DAYS OF THE CCM'S DECISION. |
| REJ | CON | YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR OTHER AUTHORIZED PERSON. |
| REJ | CPG | YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 - REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE NUMBER CITED INCLUDES YOUR ORIGINAL. |
| REJ | DHO | YOU DID NOT PROVIDE A COPY OF THE DHO REPORT YOU WISH TO APPEAL OR IDENTIFY THE CHARGES AND DATE OF THE DHO ACTION. |
| REJ | DHR | YOU MUST WAIT FOR THE DHO'S DECISION OF THE DHO HEARING BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.  RESUBMIT YOUR APPEAL TO THIS OFFICE WITHIN 20 DAYS OF THE DATE YOU RECEIVE THE DHO'S DECISION. |
| REJ | FRM | YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER FORM (BP-9, BP-10, BP-11) (CIRCLE ONE) |
| REJ | IAT | YOU DID NOT PROVIDE A COPY OF THE ATTACHMENTS TO YOUR INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9). |
| REJ | INF | YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION. |
| REJ | INS | YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL AT THIS LEVEL. |

REJECTION STATUS REASON CODES
10/30/02

| CODE STS | CODE REA | DESCRIPTION |
| --- | --- | --- |
| REJ | SEN | THE ISSUE YOU RAISED IS NOT SENSITIVE.  HOWEVER, WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES. |
| REJ | SIG | YOU DID NOT SIGN YOUR REQUEST OR APPEAL. |
| REJ | UTA | YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL DIRECTOR'S RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME. |
| REJ | UTF | YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED ABOUT. |
| REJ | UTR | YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10) MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME INCLUDES MAIL TIME. |
| REJ | WRL | YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE INSTITUTION, REGIONAL OFFICE, OR CENTRAL OFFICE LEVEL. |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMON LANDOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil No. 1:12-CV-1331 |
| | ) |
| BRIAN A. BLEDSOE | ) |
| | ) |
| Respondent. | ) |

## DECLARATION OF D. WEBER

I, D. Weber, hereby state:

1. I am presently employed by the Federal Bureau of Prisons as a Paralegal Specialist at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   As part of my duties, I have access to inmate records and files which are maintained in the regular course of business.

2. I am familiar with the above referenced civil action in which inmate Damon Landor, Reg. No. 28711-034, alleges Good Conduct Time (GCT) was taken twice for the same Incident Report (IR#1818253) which he received on January 6, 2009, at USP McCreary.

3. SENTRY records indicate inmate Landor lost 162 days of GCT between November 2009 and November 2010.  The disciplinary record indicates inmate Landor lost that GCT due to the following IRs:   IR#1990336, received on March 16, 2010, which resulted in 27 days loss of GCT, IR# 2036698, received on September 1, 2010, resulting in 54 days loss of GCT, and IR#2036697, received on September 1, 2010, resulting in 27 days loss of GCT for Code 203, and 54 days loss of GCT for Code 208.   See Sentence Monitoring – Good Time Data (Attach. A); Chronological Disciplinary Record (Attach B).

4. SENTRY records indicate inmate Landor lost 81 days GCT between November 2010 and November 2011.  The disciplinary record indicates inmate Landor lost that GCT due to the following IRs: IR#2133110, received on March 4, 2011 and resulting in 27 days loss of GCT, IR#2133109, received on March 4, 2011 and resulting in 27 days loss of GCT, and IR#2152204, received on April 18, 2011 and resulting in 27 days loss of GCT.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September 2012.

_____
D. Weber

GOVERNMENT
EXHIBIT

2-A

CARDELS 800-782-0399

```
 LEWB7  542*22 *            SENTENCE MONITORING           *      09-14-2012
PAGE 001 OF 001 *            GOOD TIME DATA               *      09:49:14
                           AS OF  09-14-2012
```

```
REGNO...: 28711-034    NAME: LANDOR, DAMON
ARS 1...: LEW A-DES                                  PLRA
COMPUTATION NUMBER..: 010                       PRT   ACT DT:
LAST UPDATED:  DATE.: 08-20-2012        FACL..: DSC    CALC: AUTOMATIC
UNIT................: B-BLOCK            QUARTERS............: B01-104U
DATE COMP BEGINS....: 07-07-2004        COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 228               TOTAL INOP TIME.....: 0
CURRENT REL DT......: 11-20-2013 WED    EXPIRES FULL TERM DT: 11-20-2013
PROJ SATISFACT DT...: 10-04-2013 FRI    PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                   ACTUAL SATISF METHOD:
DAYS REMAINING......:                   FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                   DEPORT ORDER DATED..:
```

```
-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------
```

| START DATE | STOP DATE | MAX DIS | POSSIBLE TO FFT | ACTUAL DIS | TOTALS FFT | VESTED AMOUNT | VESTED DATE |
|------------|-----------|---------|-----------------|------------|------------|---------------|-------------|
| 11-21-2003 | 11-20-2004 | 54 | 54 | | | | |
| 11-21-2004 | 11-20-2005 | 54 | 54 | 54 | 27 | | |
| 11-21-2005 | 11-20-2006 | 54 | 27 | 55 | 63 | | |
| 11-21-2006 | 11-20-2007 | 54 | 0 | 282 | | | |
| 11-21-2007 | 11-20-2008 | 54 | 0 | 982 | | | |
| 11-21-2008 | 11-20-2009 | 54 | 0 | 121 | | | |
| 11-21-2009 | 11-20-2010 | 54 | 0 | 162 | | | |
| 11-21-2010 | 11-20-2011 | 54 | 0 | 81 | | | |
| 11-21-2011 | 11-20-2012 | 54 | | 54 | | | |
| 11-21-2012 | 10-04-2013 | 47 | | | | | |

```
    TOTAL EARNED AMOUNT.......................................:      0
    TOTAL EARNED AND PROJECTED AMOUNT........................:     47
```

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
   LEWK6            *        INMATE DISCIPLINE DATA          *     09-14-2012
   PAGE 001         *     CHRONOLOGICAL DISCIPLINARY RECORD   *     09:55:22


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-14-2012

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2342485 - SANCTIONED INCIDENT DATE/TIME: 08-23-2012 1150
UDC HEARING DATE/TIME: 08-28-2012 1452
FACL/UDC/CHAIRPERSON.: LEW/ADAMI SMU/B.THARP
REPORT REMARKS.......: TO CHANGE NEG BEHAVIOR UDC FOUNDTHE INMATE GUILTY OF COM
                       MITTING THE PROHIBITED ACTS
    307 REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    INMATE REFUSED TO APPEAR
    330 BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    INMATE REFUSED TO APPEAR
    399 DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    INMATE REFUSED TO APPEAR
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2303960 - SANCTIONED INCIDENT DATE/TIME: 05-15-2012 1315
DHO HEARING DATE/TIME: 08-15-2012 0800
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DENIES JERKING WHILE REMOVING RESTRAINTS, STRIKING R/O'S
                       WRIST AND ARM AGAINST SLOT, CLAIMS ALL A FABRICATION
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM     SUSPENDED 05-23-2012 0800
                                       LP VISIT    SUSPENDED 05-23-2012 0800
    224 ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF2 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 90 DAYS / CS
        COMP:    LAW:
        IMPOUND    / 120 DAYS / CS
        COMP:    LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIG. MATERIAL
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2316019 - SANCTIONED INCIDENT DATE/TIME: 06-15-2012 1210
UDC HEARING DATE/TIME: 06-20-2012 1510
FACL/UDC/CHAIRPERSON.: LEW/ADAMI SMU/B.THARP
REPORT REMARKS.......: TO CHANGE NEG BEHAVIOR, UDC FOUND THE INMATE GUILTY OF C
                       OMMITTING THE PROHIBITED ACTS. REFUSED TO APPEAR
    307 REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:    LAW:    TO CHANGE NEG BEHAVIOR
    329 DESTROY PROP $100 OR LESS - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    TO CHANGE NEG BEHAVIOR




G0002      MORE PAGES TO FOLLOW . . .
```

```
     LEWK6          *          INMATE DISCIPLINE DATA          *       09-14-2012
   PAGE 002         *      CHRONOLOGICAL DISCIPLINARY RECORD    *       09:55:22
```

```
REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-14-2012
```

--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2299020 - SANCTIONED INCIDENT DATE/TIME: 05-02-2012 1340
DHO HEARING DATE/TIME: 05-23-2012 0800
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
APPEAL CASE NUMBER(S): 704271
REPORT REMARKS.......: ADMITS TYING NOSSE AROUND NECK AND HANGING HIMSELF FROM
                       AIR VENT BECAUSE HE WAS UPSET HIS REC WAS TAKEN....
     228A TATTOOING OR SELF-MUTILATION - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:    LAW:
          LP COMM    / 120 DAYS / CS / SUSPENDED 180 DAYS
                     EXECUTED BASED ON HEARING OF 08-15-2012 0800
          COMP:    LAW:
          LP VISIT   / 120 DAYS / CS / SUSPENDED 180 DAYS
                     EXECUTED BASED ON HEARING OF 08-15-2012 0800
          COMP:    LAW:
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2302635 - SANCTIONED INCIDENT DATE/TIME: 05-11-2012 1215
UDC HEARING DATE/TIME: 05-16-2012 1500
FACL/UDC/CHAIRPERSON.: LEW/ADAMI SMU/B.THARP
APPEAL CASE NUMBER(S): 692443
REPORT REMARKS.......: TO CHANGE NEG BEHAVIOR UDC SANCTIONED 60 DAYS LOSS OF CO
                       MMISSARY
     312 BEING INSOLENT TO STAFF MEMBER - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:    LAW:    TO CHANGE NEGATIVE BEHAVIOR
     330 BEING UNSANITARY OR UNTIDY - FREQ: 1
          LP COMM    / 30 DAYS / CS
          COMP:    LAW:    TO CHANGE NEGATIVE BEHAVIOR
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2152204 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 1825
DHO HEARING DATE/TIME: 05-05-2011 1441
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DECLINED TO APPEAR;STATED"I AIN'T CUFFING UP AND I GOT
                       SOMETHING FOR YOU AND ANYBODY ELSE THAT COMES IN HERE"
     203 THREATENING BODILY HARM - FREQ: 1 ATI: SN1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          DS         / 30 DAYS / CS
          COMP:    LAW:
          LP COMM    / 90 DAYS / CS
          COMP:    LAW:
          LP PHONE   / 90 DAYS / CS
          COMP:    LAW:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
      LEWK6           *        INMATE DISCIPLINE DATA           *        09-14-2012
    PAGE 003          *     CHRONOLOGICAL DISCIPLINARY RECORD    *        09:55:22

    REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
    FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 09-14-2012

              LP VISIT    / 90 DAYS / CS
              COMP:    LAW:
    -------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 2133109 - SANCTIONED INCIDENT DATE/TIME: 03-04-2011 1715
    DHO HEARING DATE/TIME: 05-05-2011 1440
    FACL/CHAIRPERSON.....: LEW/CHAMBERS B
    REPORT REMARKS.......: DECLINED TO APPEAR; THREATENED OFFICER,"I'M GOING TO GET
                           YOU AND FUCK YOU UP IF YOU OPEN THIS WICKET."
        203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
             DIS GCT    / 27 DAYS / CS
             COMP:010 LAW:P
             DS         / 30 DAYS / CS
             COMP:    LAW:
             LP COMM    / 90 DAYS / CS
             COMP:    LAW:
             LP VISIT   / 90 DAYS / CS
             COMP:    LAW:
    -------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 2152115 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 0850
    UDC HEARING DATE/TIME: 04-20-2011 1622
    FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/NICHOLAS
    REPORT REMARKS.......: NO COMMENT.
        307  REFUSING TO OBEY AN ORDER - FREQ: 1
             LP VISIT    / 15 DAYS / CS
             COMP:    LAW:    15 DAYS LOSS OF VISITING.
    -------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 2152352 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 1615
    UDC HEARING DATE/TIME: 04-20-2011 1620
    FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
    REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
        312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
             LP COMM     / 30 DAYS / CS
             COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT
        320  FAILING TO STAND COUNT - FREQ: 1
             LP COMM     / 30 DAYS / CS
             COMP:    LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT
    -------------------------------------------------------------------------------
    REPORT NUMBER........: 2152204 (REHEARD 05-05-2011 1441)
    UDC HEARING DATE/TIME: 04-20-2011 1619
    -------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 2152239 - SANCTIONED INCIDENT DATE/TIME: 04-18-2011 2025
    UDC HEARING DATE/TIME: 04-20-2011 1615
    FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
    REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL




    G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWK6          *         INMATE DISCIPLINE DATA         *    09-14-2012
    PAGE 004        *    CHRONOLOGICAL DISCIPLINARY RECORD   *    09:55:22
```

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 09-14-2012

UDC HEARING DATE/TIME: 04-20-2011 1615    REPORT 2152239 CONTINUED
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1818253 - SANCTIONED INCIDENT DATE/TIME: 01-06-2009 0915
DHO HEARING DATE/TIME: 03-23-2011 0945
FACL/CHAIRPERSON......: LEW/D. BREWER
APPEAL CASE NUMBER(S): 635867, 613428, 577096
REPORT REMARKS.......: REHEARING ORDERED BY THE MID-ATLANTIC REGIONAL OFFICE.
                       REAFFIRM DHO'S FINDINGS AND SANCTIONS.
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP VISIT   / 180 DAYS / CS
         COMP:   LAW:
         TRANSFER   / CS
         COMP:   LAW:   DISCIPLINARY TRANSFER
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2133110 - SANCTIONED INCIDENT DATE/TIME: 03-04-2011 1345
DHO HEARING DATE/TIME: 03-23-2011 0930
FACL/CHAIRPERSON......: LEW/D. BREWER
REPORT REMARKS.......: INMATE STATED, "MY DUE PROCESS RIGHTS HAVE BEEN
                       VIOLATED."
    208  INTERFERING WITH SECRY DEVICES - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
         COMP:   LAW:
         LP COMM    / 120 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 120 DAYS / CS
         COMP:   LAW:
         LP VISIT   / 120 DAYS / CS
         COMP:   LAW:
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 60 DAYS / CS
         COMP:   LAW:
         LP PHONE   / 60 DAYS / CS
         COMP:   LAW:
```

    G0002      MORE PAGES TO FOLLOW . . .

```
   LEWK6          *        INMATE DISCIPLINE DATA          *      09-14-2012
   PAGE 005        *     CHRONOLOGICAL DISCIPLINARY RECORD  *      09:55:22

   REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
   FUNCTION...: PRT      FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 09-14-2012


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2134905 - SANCTIONED INCIDENT DATE/TIME: 03-08-2011 1000
UDC HEARING DATE/TIME: 03-11-2011 1401
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/NICHOLAS
REPORT REMARKS.......: INMATE DECLINED TO MAKE A STATEMENT.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   15 DAYS LOSS OF VISITING.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2097285 - SANCTIONED INCIDENT DATE/TIME: 12-03-2010 1730
UDC HEARING DATE/TIME: 12-07-2010 0904
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
   398  INTERFERING W/STAFF-MODERATE - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2077258 - SANCTIONED INCIDENT DATE/TIME: 10-12-2010 1033
UDC HEARING DATE/TIME: 10-14-2010 1030
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2062198 - SANCTIONED INCIDENT DATE/TIME: 09-03-2010 0906
UDC HEARING DATE/TIME: 09-05-2010 1250
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/M. EDINGER
REPORT REMARKS.......: INMATE FOUND GUILTY SANCTIONED AT THE UDC LEVEL
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP VISIT   / 15 DAYS / CS
        COMP:   LAW:   SANCTIONED TO DETER FUTURE MISCONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2036697 - SANCTIONED INCIDENT DATE/TIME: 07-05-2010 1200
DHO HEARING DATE/TIME: 09-01-2010 1121
FACL/CHAIRPERSON.....: LEW/BITTENBEND
REPORT REMARKS.......: DENIED THREATENING TO THROW FECES ON STAFF AND BLOCKING
                       SLOT WITH ARM
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:


   G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWK6          *      INMATE DISCIPLINE DATA        *     09-14-2012
PAGE 006           *   CHRONOLOGICAL DISCIPLINARY RECORD   *     09:55:22


REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-14-2012


DHO HEARING DATE/TIME: 09-01-2010 1121    REPORT 2036697 CONTINUED
          IMPOUND    / 2 MONTHS / CS
          COMP:   LAW:    ALL PROPERTY EXCEPT LEGAL AND RELIGIOUS MATERIAL
   208  INTERFERING WITH SECRY DEVICES - FREQ: 4
          DIS GCT    / 54 DAYS / CS
          COMP:010 LAW:P
          DS         / 60 DAYS / CS
          COMP:   LAW:
          LP COMM    / 8 MONTHS / CS
          COMP:   LAW:
          LP PHONE   / 8 MONTHS / CS
          COMP:   LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2036698 - SANCTIONED INCIDENT DATE/TIME: 07-04-2010 1840
DHO HEARING DATE/TIME: 09-01-2010 1116
FACL/CHAIRPERSON.....: LEW/BITTENBEND
REPORT REMARKS.......: NO COMMENT-BLOCKED WICKET WITH ARM
   208  INTERFERING WITH SECRY DEVICES - FREQ: 3
          DIS GCT    / 54 DAYS / CS
          COMP:010 LAW:P
          DS         / 60 DAYS / CS
          COMP:   LAW:
          LP PHONE   / 6 MONTHS / CS
          COMP:   LAW:
          LP VISIT   / 6 MONTHS / CS
          COMP:   LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2031793 - SANCTIONED INCIDENT DATE/TIME: 06-23-2010 1330
UDC HEARING DATE/TIME: 07-29-2010 1300
FACL/UDC/CHAIRPERSON.: LEW/D-BLOCK/ADERHOLD
APPEAL CASE NUMBER(S): 596161
REPORT REMARKS.......: SANCTIONED AT UDC LEVEL INMATE FOUND GUILTY
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
          LP VISIT   / 30 DAYS / CS
          COMP:   LAW:    SANCTIONED TO DETER FUTURE MISCONDUCT
-------------------------------------------------------------------------
REPORT NUMBER........: 2031793 (REHEARD 07-29-2010 1300)
UDC HEARING DATE/TIME: 06-24-2010 1430
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1990336 - SANCTIONED INCIDENT DATE/TIME: 03-13-2010 1355
DHO HEARING DATE/TIME: 03-16-2010 0700
FACL/CHAIRPERSON.....: MCR/RAITT
REPORT REMARKS.......: INMATE DENIED THE CHARGE




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWK6          *          INMATE DISCIPLINE DATA          *      09-14-2012
PAGE 007          *      CHRONOLOGICAL DISCIPLINARY RECORD    *      09:55:22

REGISTER NO: 28711-034 NAME..: LANDOR, DAMON
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-14-2012

DHO HEARING DATE/TIME: 03-16-2010 0700    REPORT 1990336 CONTINUED
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOWED 27 DAYS OF GCT
        DS         / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
------------------------------------------------------------------------
REPORT NUMBER........: 1818253 (REHEARD 03-23-2011 0945)
DHO HEARING DATE/TIME: 01-21-2010 0730
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1831031 - SANCTIONED INCIDENT DATE/TIME: 02-08-2009 1240
DHO HEARING DATE/TIME: 02-26-2009 1000
FACL/CHAIRPERSON.....: MCR/RAITT
REPORT REMARKS.......: INMATE ADMITTED TO SPITTING AT THE OFFICER
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SM1 RFP: D
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOWED 27 DAYS OF GCT
        DS         / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION
        LP PHONE  / 180 DAYS / CS
        COMP:   LAW:   180 DAYS LOSS OF PHONE
        TRANSFER  / CS
        COMP:   LAW:   RECOMMEND DISCIPLINARY TRANSFER
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1830365 - SANCTIONED INCIDENT DATE/TIME: 02-05-2009 2100
DHO HEARING DATE/TIME: 02-11-2009 0715
FACL/CHAIRPERSON.....: MCR/RAITT
REPORT REMARKS.......: INMATE REFUSED TO APPEAR BEFORE THE DHO
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOWED 27 DAYS OF GCT
        DS         / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEREGATION
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1826077 - SANCTIONED INCIDENT DATE/TIME: 01-26-2009 1900
DHO HEARING DATE/TIME: 02-05-2009 0900
FACL/CHAIRPERSON.....: MCR/RAITT
APPEAL CASE NUMBER(S): 531154
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SM1 RFP: D
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS OF GCT
        DS         / 30 DAYS / CS
        COMP:   LAW:   30 DAYS DISCIPLINARY SEGREGATION



   G0002        MORE PAGES TO FOLLOW . . .
```

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMON LANDOR,** | : | **No. 1:CV-12-1331** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **(Caldwell, J.)** |
| | : | **(Carlson, M.J.)** |
| **B.A. BLEDSOE, and** | : | |
| **DAVID BREWER,** | : | |
| **Respondents** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on September 17, 2012, she served a copy of the attached

## EXHIBITS IN SUPPORT OF
## RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Damon Landor
Reg. No. 28711-034
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

/s/ Cynthia E. Roman
CYNTHIA E. ROMAN
Paralegal Specialist