UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAMON LANDOR,                         :
        Petitioner                    :
                                      :
        v.                            :    CIVIL NO. 1:12-CV-1331
                                      :
WARDEN B.A. BLEDSOE and               :
DAVID BREWER,                         :
        Respondents                   :

*O R D E R*

AND NOW, this 3rd day of December, 2012, upon consideration of the

report and recommendation ("R&R") of Magistrate Judge Carlson (Doc. 10), to which no

objections have been filed, and upon independent review of the record, the court finds no

error in the R&R and concludes that the R&R should be adopted.  Accordingly, it is

ORDERED that:

  1.  The R&R (Doc. 10) is adopted.

  2.  The Petition for Writ of Habeas Corpus (Doc. 1) is
  DENIED.

  3.  The Clerk of Court shall close this file.

  4.  A certificate of appealability is denied.


                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge